IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY, SOUTHWESTERN LIFE INSURANCE COMPANY, and VALLEY FORGE LIFE INSURANCE COMPANY, | ) ) ) ) ) | CASE NO. 05-117<br><br>JUDGE |
| Plaintiffs, | ) ) | **AMENDED NOTICE OF REMOVAL** |
| v. | ) ) | |
| ALPHA CAPITAL GROUP, LLC, LIBERTE CAPITAL GROUP, LLC, and WILLIAM T. WULIGER, as Receiver | ) ) ) ) | |
| Defendants. | ) | |

Now comes the defendant William T. Wuliger, Alpha Receiver, *pro se,* and pursuant to 28 U.S.C. § 1446, files this supplement to the Notice of Removal of this action filed on February 28, 2005, citing an additional ground for removal:

The supplemental jurisdiction of this Court is also invoked pursuant to 28 U.S.C. § 1367 (a) because the matter is so related to claims in *Liberte v. Capwill*, Case No. 99 CV 818, currently pending in the U.S. District Court for the Northern District of Ohio, Western Division, as to form part of the same case or controversy. The original notice of removal is incorporated herein.

Respectfully submitted,

_____
WILLIAM T. WULIGER, ESQ., *pro se*
Ohio Supreme Court No. 0022271
Alpha Receiver
The Brownell Building
1340 Sumner Avenue
Cleveland, Ohio 44115-2851
(216) 781-7777

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing was sent this **1st day of March 2005** by regular mail, postage prepaid to the following: Warren T. Pratt, Esq., David P. Primack, Esq., Drinker, Biddle & Reath LLP, 1100 N. Market Street, Ste. 1000, Wilmington, DE 19801-1254 Attorneys for Plaintiffs, and to Stephen C. Baker, Esq., Michael Miller, Esq., Timothy O'Driscoll, Esq., Drinker, Biddle & Reath LLP, One Logan Square, 18th & Cherry Streets, Philadelphia, PA 19103.

    _____
    WILLIAM T. WULIGER, ESQ., *pro se*
    Ohio Supreme Court No. 0022271