*Law Offices*

## Wuliger, Fadel & Beyer

*The Brownell Building*
*1340 Sumner Court*
*Cleveland, Ohio 44115*

(216) 781-7777
Fax (216) 781-0621
wfblaw@wfblaw.com

William J. Fadel
William D. Beyer
Joan E. Pettinelli
Wm. Joseph Baker
Timothy R. Fadel

*Of Counsel:*
William T. Wuliger
Mark E. Kremser
Richard G. Ross

March 1, 2005

Clerk of Courts
United States District Court
Attention: Peter T. Dalleo
J. Caleb Boggs Federal Building
844 North King Street
Lock Box 18
Wilmington, Delaware   19801

RE:   Reassure America Life Insurance Company, Southwestern Life Insurance Company and Valley Forge Life Insurance Company vs. Alpha Capital Group, LLC, Liberte Capital Group, LLC and William T. Wuliger, as Receiver
Case No. 05-117

Dear Mr. Dalleo:

Enclosed you will find an original and two (2) copies of an Amended Notice Of Removal for filing with the Court relative to the above-captioned matter. Please time-stamp a copy and return it to me in the enclosed, self-addressed, stamped envelope. Pursuant to instructions, I am also enclosing a disc which this motion has been saved on.

If you have any questions, or require additional information, please do not hesitate to contact me.

Sincerely yours,

WILLIAM T. WULIGER

WTW:2524
Encl.
cc:   Warren T. Pratt, Esq. w/encl.
      David P. Primack, Esq. w/encl.
      Stephen C. Baker, Esq. w/encl.
WTW-1141