IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY, SOUTHWESTERN LIFE INSURANCE COMPANY, and VALLEY FORGE LIFE INSURANCE COMPANY, | ) ) ) ) ) | CASE NO.   05-117<br><br>JUDGE |
| Plaintiffs, | ) ) | **MOTION TO EXTEND TIME WITHIN WHICH TO FILE AN ANSWER & COUNTERCLAIM** |
| v. | ) ) | |
| ALPHA CAPITAL GROUP, LLC, LIBERTE CAPITAL GROUP, LLC, and WILLIAM T. WULIGER, as Receiver | ) ) ) ) | |
| Defendants. | ) | |

Now comes the Defendant, William T. Wuliger as Receiver, on behalf of himself and the entities he represents by virtue of his appointment, and hereby moves this Honorable Court for an extension of time within which to file a responsive pleading in this action. In support of this motion, the undersigned states:

(1)  Plaintiffs filed their complaint in this matter in the Superior Court for the State of Delaware in and for New Castle County on or about January 13, 2005, and the plaintiffs report perfecting service on the defunct corporations of Alpha Capital Group ("Alpha") and Liberte Capital Group ("Liberte"), via statutory agents, on January 31, 2005.

(2)     Notwithstanding the above, the undersigned, who has been appointed as the receiver over assets of Alpha and Liberte by the U.S. District Court for the Northern District of Ohio, did not see the complaint until February 16, 2005.

(3)     The undersigned filed a Notice of Removal to this Court on February 28, 2005.

(4)     Because this case presented some initial procedural issues, including removal to federal court and transfer of venue, the undersigned has been occupied with those matters and has not had sufficient time within which to draft a substantive response to the complaint.

(5)     Moreover, the undersigned intends to file a counterclaim, and requires additional time to prepare the same.

WHEREFORE, for the reasons stated herein and any others that may appear to this Court, the undersigned respectfully requests an additional 30 days within which to file his responsive pleading in this case.

Respectfully submitted,

\s\ William T. Wuliger
WILLIAM T. WULIGER, ESQ. (0022271)
Plaintiff
1340 Sumner Court
Cleveland, Ohio 44115
216/781-7777

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing was sent this 4th day of March, 2005 by regular mail, postage prepaid to the following:

Warren T. Pratt, Esq.
David P. Primack, Esq.
Drinker, Biddle & Reath LLP
1100 N. Market Street, Ste. 1000
Wilmington, DE 19801-1254
*Attorneys for Plaintiffs*


Stephen C. Baker, Esq.
Michael Miller, Esq.
Timothy O'Driscoll, Esq.
Drinker, Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
Of Counsel

\s\ William T. Wuliger
WILLIAM T. WULIGER, ESQ. (0022271)