I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

LIBERTE CAPITAL GROUP,

        Plaintiff,        Case No. 5:99 CV 818

-vs-

                      O R D E R

JAMES A. CAPWILL, et al.,

        Defendant.

KATZ, J.

        This matter is before the Court on the motions of the Receiver (Doc. No. 1250) and Alpha Capital Group (Doc. No. 1234).

        By agreement entered into by and between the Receiver and Alpha, the foregoing matters are settled and resolved as follows:

        1. William Wuliger ("Wuliger") is appointed the Receiver to operate, manage and conduct all of the business affairs of Alpha.

        2. The Receiver appointed on behalf of Alpha shall post a bond in the sum of one million dollars ($1,000,000.00). The cost of obtaining a bond may be taxed as costs at the conclusion of this lawsuit, on condition that the Receiver has faithfully and truly performed the duties of his office, duly accounted for all monies and properties that have come into his hands, and abided by and performed all things that he has been directed to do.



EXHIBIT A

3. Wuliger shall have authority to directly deal with Alpha investors in regard to decisions and agreements relating to insurance policies, premiums, payment and other insurance issues.

4. Wuliger is ordered to use his best judgment to protect the rights of Alpha investors and to discharge his duties in a manner calculated to preserve the greatest monetary recovery for the maximum number of all Alpha investors.

5. Wuliger shall provide the court and parties with a status report on his activity as Receiver every sixty (60) days.

6. To the extent that Alpha investors are made whole by reinvestment in policies or otherwise, they will not share in proceeds of the main Receivership. Only Alpha investors who have an actual investment loss will be entitled to distributions, if any, from the main Receivership, in an amount which will be determined by the Court and subject to the final accounting of David Tantlinger.

Accordingly, Alpha's Emergency Motion (Doc. No. 1234) is granted and the Receiver's Motion (Doc. No. 1050) is granted to the extent that it relates only to Alpha Capital Group, LLC and remains viable as to the other named parties therein.

IT IS SO ORDERED.

s/ David A. Katz
DAVID A. KATZ
U. S. DISTRICT JUDGE