AUG 3 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LIBERTE CAPITAL GROUP, | ) | CASE NO.   5:99 CV 818 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. KATZ |
| | ) | |
| -vs- | ) | |
| | ) | |
| JAMES A. CAPWILL, et al., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

KATZ, J.

Pending before the Court is the General Receiver, the Alpha Receiver, and the Alpha Class's request for an Order modifying the duties of the General and Alpha Receivers. Upon consideration and for good cause shown, the joint motion for modification (Doc. No. 2229) is granted and the Court modifies the duties of the General and Alpha Receivers as follows:

### Duties and Responsibility of the Alpha Receiver

(1)   The General Receiver's duties and responsibilities, as defined by previous Court Orders, except as set forth herein, will be transferred to and will be assumed by the Alpha Receiver.

(2)   The Alpha Receiver shall honor all existing agreements between the General Receiver and

1


EXHIBIT D

the Office of the United States Attorney relating to assets subject to the forfeiture order issued by the Court in United States v. Capwill, 5:01 CR 471, and currently in the custody of the Department of Justice.

(3) Similarly, the Alpha Receiver shall honor all existing agreements between the General Receiver and judgment creditors in the case James Capwill v. Lynn Day, et.al., Case No. CV2000- 4-1512. In the event that any restrictions are imposed by the Government that would interfere with the Alpha Receiver's satisfaction of such agreements, he will pay those creditors from the General Receivership funds.

(4) The Alpha Receiver, through NES, shall be responsible for maintaining separate accounts for Alpha, Liberte, and the General Receivership until such time as there is a final order allocating the resources in receivership among the two investor groups and all appeals are exhausted relative thereto. The Alpha Receiver shall also be responsible for tracking all expenses of Liberte and Alpha and allocating such expenses between the two investor groups accordingly. All costs directly attributable to the Liberte investors shall be deducted from the Liberte entitlement. All costs directly attributable to the Alpha investors will be deducted from the Alpha entitlement.

(5) All supervision of litigation over which the General Receiver has had responsibility, i.e. brokerage cases, the Declaratory Judgment action, etc., shall be transferred to the Alpha Receiver, who shall also assume the role of the General Receiver.

(6) The responsibility for maintaining, selling and managing the viatical portfolios of both Alpha and Liberte shall vest exclusively with the Alpha Receiver. The Alpha Receiver shall decide which policies subject to rescission efforts should be revisited for purposes of determining whether or not rescission is economically the most beneficial way of proceeding as it relates to specific policies. The Alpha Receiver

shall direct Liberte Class Counsel's current efforts to pursue rescission monies of Liberte-owned policies as detailed further infra, and reserves the right to take over such efforts if he determines that such action is necessary to increase the value of the Liberte portfolio for the benefit of Liberte investors. The Alpha Receiver will continue to service viatical portfolios with the aim of increasing the value of the portfolios and the funds recovered using the same methods that he has employed on behalf of Alpha investors.

(7) The Alpha Receiver shall be responsible for defending all assets of the Receiverships whenever a party asserts a claim against the fund and for prosecuting those actions necessary to protect the Court's authority to determine issues in this and related suits against companies and individuals which contributed to the loss incurred by investors of either the Liberte or Alpha classes.

(8) The Alpha Receiver shall continue to prosecute the bank cases at the same fee arrangement previously agreed upon.

(9) The Alpha Receiver shall continue to prosecute the Lasko Lind matter at the same fee arrangement previously agreed upon.

(10) The Alpha Receiver shall submit status reports to the court regarding all activities and resulting collections.

(11) Likewise, the Alpha Receiver will compile and file monthly bills for fees and costs and pay any fees and costs associated with the administration of the Receivership.

(12) The Alpha Receiver shall have the authority to enter into contracts when necessary to carry out the duties of the Receiver.

(13) The Alpha Receiver shall monitor all expenses of NES and of all lawyers acting under his

supervision and/or direction.

(14) The Alpha Receiver shall continue using the same methods of communication to convey current information to both Alpha and Liberte investors.

(15) The Alpha Receiver shall generally to do all those things necessary to enhance and preserve the Receivership and shall continue to be compensated pursuant to the same terms and conditions previously established.

### Duties and Responsibilities of Liberte Class Counsel

(1) Liberte Class Counsel shall pursue negotiations with Alpha Class Counsel to negotiate an agreement allocating receivership resources between the two investor groups.

(2) Liberte Class Counsel shall turn over the Liberte Capital Group investor data base to NES in order to allow NES to complete its work for purposes of determining the various rights of individual Liberte investors.

(3) Liberte Class Counsel will be responsible for concluding its rescission efforts under the direction and at the discretion of the Alpha Receiver and shall deposit any and all recoveries into NES, and shall be compensated pursuant to their existing fee arrangement.

(4) Liberte Class Counsel and the Alpha Receiver shall assume the responsibility for supervising the "brokerage house litigation." In that regard, both Liberte Class Counsel and the Alpha Receiver reserve the right to revisit the fee arrangement that the General Receiver entered into with Buckingham Doolittle and Burroughs, LLP.

(5) Liberte Class Counsel is authorized to undertake any litigation on behalf of investors as directed

4

by the Alpha Receiver for which Liberte Class Counsel shall be compensated pursuant to a mutually acceptable fee arrangement.

(6) Liberte Class Counsel shall be responsible for resolving disputes between competing Liberte investors.

(7) Liberte Class Counsel shall be responsible for ensuring that Liberte investors receive notice of matters affecting their rights and entitlements arising out of this case, and for notifying Liberte investors of the telephone number for the investor line at NES so that Liberte investors can keep abreast as to the status of their accounts and the progress of counsel.

### Duties and Responsibilities of Alpha Class Counsel

(1) Alpha Class Counsel shall pursue negotiations with Liberte Class Counsel to negotiate an agreement allocating receivership resources between the two investor groups.

(2) Alpha Class Counsel is authorized to undertake any litigation on behalf of investors as directed by the Alpha Receiver for which Alpha Class Counsel shall be compensated pursuant to a mutually acceptable fee arrangement.

(3) Alpha Class Counsel shall be responsible for resolving disputes between competing Alpha investors.

(4) Alpha Class Counsel shall be responsible for ensuring that Alpha investors receive notice of matters affecting their rights and entitlements arising out of this case, and for notifying Alpha investors of the telephone number for the investor line at NES so that Alpha investors can keep abreast as to the

status of their accounts and the progress of counsel.

### Duties and Responsibilities of Northeast Escrow Services (NES)

(1) NES will be responsible for all escrow work and distributions under the direction of the Alpha Receiver.

(2) A minimum of $500,000 shall always be maintained at NES for purposes of accomplishing the following functions: (a) the servicing of the portfolios (premiums, escrow fees); and (b) paying all attorneys fees and the costs of the receivership. NES shall be responsible for notifying the Alpha Receiver in the event that balances approach this threshold level.

### Duties and Responsibilities of Victor M. Javitch

(1) Mr. Javitch will remain responsible for all billing, charges and expenditures that occurred during the tenure of his receivership, pursuant to the existing orders of the Court. He will indemnify and hold harmless the Alpha Receiver for any errors that occurred in the General Receivership administration under his control.

(2) The Alpha Receiver and Liberte Class Counsel's efforts to recover commissions and funds placed with former agents and brokers of Alpha and Liberte continue. As noted herein, the parties entered into private client arrangements with Javitch, Block & Rathbone to pursue recovery efforts from agents and brokers, and the parties intend for those arrangements to continue on the same terms, unaffected by the consolidation of receivership authority. Mr. Javitch will update and consult with the parties regularly on the status and needs of the project.

(3) Mr. Javitch shall undertake any litigation on behalf of investors as directed by the

Alpha Receiver for which he shall be compensated pursuant to a mutually acceptable fee arrangement.

It is submitted that the foregoing reallocation of duties is in the interest of the investors of both Liberte and Alpha because it maximizes the ongoing projects of the Receivers and minimizes the costs associated therewith. Therefore, this reallocation is in the interest of judicial economy and benefits the parties to this action.

IT IS SO ORDERED.

                                                s/ *David A. Katz*
                                                DAVID A. KATZ
                                                U. S. DISTRICT JUDGE