## AFFIDAVIT OF VIRGINIA HALE

STATE OF OHIO        )
                     )  SS:
COUNTY OF GEAUGA     )

VIRGINIA HALE, being first duly sworn, do avow and aver:

1) I am a resident of the State of Ohio and I reside at 14475 Bass Lake Road, Newbury, Ohio 44065.

2) I am the President of NorthEast Escrow Services, a company that is in the business of providing escrow and related services.

3) The present address of NorthEast Escrow Services is 12550, Chillicothe Road, Chesterland, Ohio 44026.

4) From March 1997 through April 1999, I worked in the capacity of office manager for Viatical Escrow Services ("VES").

5) The owner and operator of VES was James A. Capwill, who after embezzling funds being held in escrow, was convicted in federal court and is currently incarcerated in a federal prison.

6) VES was a limited liability company, existing under the laws of the State of Ohio, and was formerly located at 9140 Ravenna Road, Suite 2, Twinsburg, Ohio 44087.

7) VES was in the business of providing escrow and related services to companies engaged in the investment and marketing of viatical settlements. It was the duty of VES to hold and safeguard all escrow funds for viatical investments, pay commissions, track the lives of viators, pay premiums, distribute funds, and interact with insurance companies.

8) Mr. Capwill also owned and operated several other companies from the same location which provided services related to his escrow activities, including Capital Fund Leasing (CFL) and Capwill & Company, which served as trustee for many trusts formed for the sole purpose of nominally owning viaticated policies.

EXHIBIT E

1

9) VES provided escrow and related services for Liberte Capital Group ("Liberte") and Alpha Capital Group ("Alpha"). Liberte and Alpha were funding companies, which purchased viatical settlements from brokers and then offered, for sale, interests in viatical settlements to investors.

10) As Office Manager for VES, I was charged with the task of overseeing all closing transactions on viaticated policies including the allocation and distribution of funds (including those funds designated for use as future premiums), as well as the execution of appropriate documents and/or the initiation of communications with insurers necessary to facilitate transactions. I was also charged with processing checks, which VES received from Alpha and Liberte, and I was conversant with the accounting records of VES and was custodian of the same.

11) On April 8, 1999, Liberte filed suit against Capwill, VES, and CFL. Alpha intervened shortly thereafter naming additional defendants.

12) On April 15, 1999, I terminated my employment with VES and began operating Northeast Escrow Services. One of the companies I provided escrow services for was Alpha, which stopped utilizing the services of VES for any new transactions. VES did, however, continue to provide escrow services regarding all of Alpha's viaticated policies in its custody prior to April 15, 1999.

13) On July 15, 1999, VES was placed in receivership by the U.S. District Court for the Northern District of Ohio in the matter captioned *Liberte Capital Group, LLC et al. v. James A. Capwill, et al.,* case no. 99 CV 818. Frederick Luper was appointed as the Receiver.

14) On November 9, 1999, the Receivership was extended to include all insurance policies funded by investors of Liberte Capital Group or Alpha.

15) VES, through Mr. Capwill, continued to provide escrow services for Alpha policies in its custody for approximately one year, under the supervision of Mr. Luper, who assumed signatory power over all of VES's accounts. During that time, however, Mr. Luper, and his

successor Victor Javitch, appointed as Receiver on July 15, 2000, gradually phased out VES as escrow agent for Alpha and Liberte and periodically distributed escrowed funds back to the companies.

16) Through a Federal Court Order, dated October 29, 2001, the United States District Court, Northern District of Ohio, established a second receivership in *Liberte v. Capwill*, appointing William T. Wuliger, an attorney licensed to practice law in the State of Ohio, to take direction and control of all of Alpha's business activities and functions; granting him full authority and ownership over all Alpha-owned policies; and charging him with the responsibility of protecting the Alpha investors.

17) William T. Wuliger's law offices are located at 1340 Sumner Court, Cleveland, Ohio 44115.

18) Also in October 2001, I was appointed escrow agent by Order of the United States District Court, Northern District of Ohio. Pursuant to my duties under my appointment, I act as the custodian of record of all records for the Alpha Capital Receiver, William T. Wuliger, who was appointed Receiver by Order of the United States District Court on October 29, 2001, as well as all records for the General Receivership established on July 15, 1999, which I store at the offices of Northeast Escrow Services in Chesterland, Ohio.

19) In August 2004, the federal court transferred authority to Mr. Wuliger over the General Receivership, including full authority and ownership over all Liberte-owned policies.

20) The records which I hold by virtue of my appointment as escrow agent by the federal court, include legal documents, financial and accounting papers, daily correspondence, all investor and agent files, and an actual mirrored image computer hard drive of all files of VES as originally kept on the company's hard drive.

21) A typical file relating to a viaticated insurance policy owned by the General or Alpha Receivership contains approximately 40-50 pages of material.

22) General Receivership records reflect that there are approximately 2,400 Liberte investors, 331 of whom reside in the state of Ohio and none of whom reside in the state of Delaware. Although one Liberte investor did reside in Delaware, that investor has since died.

23) Alpha Receivership records reflect that there are approximately 1,100 Alpha investors, 216 of whom reside in the state of Ohio and none of whom reside in the state of Delaware.

24) Out of approximately 1,000 viaticated policies purchased by Liberte only two insured viators residing in the state of Delaware. The Liberte-owned policies insuring those viators were issued by United Commercial Travelers and American General. Neither policy was rescinded for fraud (one lapsed for nonpayment of premiums, and the other is active). Neither policy was among those listed by the Department of Justice as suspected of having been obtained by fraud.

25) Out of approximately 1,000 viaticated policies purchased by Alpha, none insured viators residing in the state of Delaware.

26) The investor records establish that the total outstanding investment of Alpha investors is approximately $61 million and the total outstanding investment of Liberte investors is at least $100 million. Current combined cash assets of the General and Alpha Receiverships total only approximately $19 million.

FURTHER AFFIANT SAYETH NOT.

_____
VIRGINIA HALE

Given under my hand and seal of office this __4th__ day of March 2005.

_____
NOTARY PUBLIC

My Commission expires: _September 18, 2007_.



BEN HALE, Notary Public
State of Ohio
My Commission Expires September 18, 2007