# Annual Report 2003 – Financial Statements



**Swiss Re Group financial statements**

- Income statement
- Balance sheet
- Statement of shareholders' equity
- Statement of comprehensive income
- Statement of cash flow

**Notes**

- 1. Organisation and summary of significant accounting policies
- 2. Investments
- 3. Derivative financial instruments
- 4. Acquisitions and dispositions
- 5. Deferred acquisition costs and acquired present value of future profits
- 6. Debt
- 7. Unpaid claims and claim adjustment expenses
- 8. Personnel expenses
- 9. Shareholders' equity
- 10. Income taxes
- 11. Benefit plans
- 12. Stock compensation plans
- 13. Commitments and contingent liabilities
- 14. Assets under management
- 15. Information on business segments
- 16. Subsidiaries, equity investees and variable interest entities
- 17. Restructuring provision

**Swiss Reinsurance Company, Zurich, financial statements**

- Annual Report – Swiss Re Zurich
- Income statement – Swiss Re Zurich
- Balance sheet – Swiss Re Zurich
- Notes – Valuation principles Swiss Re Zurich
- Notes – Additional information Swiss Re Zurich
- Proposal for allocation of profit
- Financial years 1957–2003



tabbles' EXHIBIT H

# 16. Subsidiaries, equity investees and variable interest entities

Page contents

- Subsidiaries and equity investees
- Variable interest entities

### Subsidiaries and equity investees

| | Share capital (CHF millions) | Affiliation in % as of 31.12.2003 | Method of consoli-dation |
|---|---:|---:|:---:|
| **Europe** | | | |
| **Switzerland** | | | |
| Dlax Holding | 9 | 37.26 | e |
| European Reinsurance Company of Zurich | 312 | 100 | f |
| Swiss Re Asset Management (Switzerland) AG | 15 | 100 | f |
| Swiss Re Partnership Holding AG | 0 | 100 | f |
| Xenum Finance AG | 1 | 42.5 | e |
| **Germany** | | | |
| Swiss Re Germany AG | 70 | 100 | f |
| Swiss Re Germany Holding AG | 78 | 100 | f |
| **United Kingdom** | | | |
| Banlan Investments UK Ltd | 664 | 100 | f |
| Calico Leasing GB Ltd | 77 | 100 | f |
| Cyreniac Investments (UK) Ltd | 1328 | 100 | f |
| Dex Hold Ltd | 0 | 100 | f |
| European Credit and Guarantee Insurance PCC Ltd | 10 | 100 | f |
| Fox-Pitt, Kelton Group Ltd and group companies | 0 | 100 | f |
| Palatine Insurance Company Ltd | 17 | 100 | f |
| Princess Management & Insurance Ltd | 3 | 49.99 | e |
| Reassure UK Life Assurance Company Ltd | 61 | 100 | f |
| SR Delta Investments (UK) Ltd | 15 | 100 | f |
| SR Dorus Investment Ltd | 2 | 100 | f |
| SR Edinburgh Ltd | 0 | 75 | f |
| SR International Business Insurance Company Ltd | 272 | 100 | f |
| Swiss Re (UK) House Ltd | 0 | 100 | f |
| Swiss Re Capital Markets Ltd | 260 | 100 | f |
| Swiss Re Financial Services Ltd | 16 | 100 | f |
| Swiss Re GB Plc | 1414 | 100 | f |
| Swiss Re Investment Management Ltd | 1 | 100 | f |
| Swiss Re Life & Health UK Ltd | 421 | 100 | f |
| Swiss Re Services Ltd | 0 | 100 | f |
| Swiss Re Specialised Investment Holdings (UK) Ltd | 2 | 100 | f |
| Swiss Reinsurance Company UK Ltd | 1005 | 100 | f |
| The Mercantile & General Re Insurance Company Ltd | 309 | 100 | f |
| **Ireland** | | | |
| Pegasus Strategic Investment Company Plc | 202 | 100 | f |
| Swiss Re International Treasury (Ireland) Ltd | 0 | 100 | f |
| Swiss Re Ireland Ltd | 131 | 100 | f |
| Swiss Re Life & Health (Ireland) Ltd | 1 | 100 | f |
| **Italy** | | | |
| Swiss Re Italia SpA | 23 | 100 | f |
| **Luxembourg** | | | |
| Special Risk Insurance and Reinsurance Luxembourg SA | 117 | 18.18* | e |
| Swiss Re Management (Luxembourg) SA | 12 | 100 | f |
| Swiss Re Treasury (Luxembourg) SA | 12 | 100 | f |
| **Netherlands** | | | |
| Algemene Levensherverzekering Maatschappij NV | 8 | 100 | f |
| Atradius | 78 | 47.5 | e |
| Calam CV | 0 | 100 | f |
| Pension Factory NV | 2 | 80 | f |
| Swiss Re Life & Health Nederland NV | 5 | 100 | f |
| Swiss Re Nederland Holding BV | 1 | 100 | f |
| **France** | | | |

| | | | |
|---|---|---|---|
| Frasecur Société d'Investissement à Capital Variable | 0 | 99.83 | f |
| **Hungary** | | | |
| Swiss Re Treasury (Hungary) Ltd | 0 | 100 | f |

**North America**

**Barbados**
| | | | |
|---|---|---|---|
| Accra Holdings Corporation | 137 | 100 | f |
| Atlantic International Reinsurance Company Ltd | 5 | 100 | f |
| Bridge Holding Company Ltd | 9 | 100 | f |
| European Finance Reinsurance Company Ltd | 6 | 100 | f |
| European International Holding Company Ltd | 202 | 100 | f |
| European International Reinsurance Company Ltd | 197 | 100 | f |
| Gasper Funding Corporation | 0 | 100 | f |
| Joneswood Reinsurance Company Ltd | 38 | 100 | f |
| Stockwood Reinsurance Company Ltd | 1 | 100 | f |
| Underwriters Reinsurance Company (Barbados) Inc | 137 | 100 | f |

**Bermuda**
| | | | |
|---|---|---|---|
| Englewood Ltd | 0 | 100 | f |
| Fields Holding Company Ltd | 0 | 100 | f |
| Life Re International Ltd | 0 | 100 | f |
| Old Fort Insurance Company Ltd | 0 | 100 | f |
| Parkwood Reinsurance Company Ltd | 0 | 100 | f |
| SwissRe Capital Management (Bermuda) Ltd | 0 | 100 | f |
| SwissRe Finance (Bermuda) Ltd | 0 | 100 | f |
| SwissRe Investments (Bermuda) Ltd | 0 | 100 | f |

**Canada**
| | | | |
|---|---|---|---|
| Swiss Re Life & Health Canada | 108 | 100 | f |
| Swiss Reinsurance Company Canada | 10 | 100 | f |
| Swiss Re Holdings (Canada) Inc | 113 | 100 | f |

**Cayman Islands**
| | | | |
|---|---|---|---|
| Ampersand Investments (UK) Ltd | 1328 | 100 | f |
| Argonaut Ltd | 0 | 100 | f |
| Dunstanburgh Finance (Cayman) Ltd | 0 | 100 | f |
| Swiss Re Funding (UK) Ltd | 0 | 100 | f |
| Swiss Re Strategic Investments (UK) Ltd | 0 | 100 | f |

**United States**
| | | | |
|---|---|---|---|
| Conning Corporation and group companies | 0 | 100 | f |
| Facility Insurance Corporation | 1 | 100 | f |
| Facility Insurance Holding Corporation | 0 | 100 | f |
| Fort Wayne Health & Casualty Insurance Company | 6 | 100 | f |
| Life Re Capital Trust | 4 | 100 | f |
| North American Capacity Insurance Company | 5 | 100 | f |
| North American Elite Insurance Company | 4 | 100 | f |
| North American Specialty Insurance Company | 15 | 100 | f |
| Reassure America Life Insurance Company | 3 | 100 | f |
| Sage Life Holdings of America Inc | 0 | 100 | f |
| Southwestern Life Insurance Company | 4 | 100 | f |
| Swiss Re America Holding Corporation | 0 | 100 | f |
| Swiss Re Asset Management (Americas) Inc | 46 | 100 | f |
| Swiss Re Atrium Corporation | 1 | 100 | f |
| Swiss Re Capital Markets Corporation | 0 | 100 | f |
| Swiss Re Financial Products Corporation | 0 | 100 | f |
| Swiss Re Financial Services Corporation | 0 | 100 | f |
| Swiss Re Life & Health America Holding Company | 0 | 100 | f |
| Swiss Re Life & Health America Inc | 5 | 100 | f |
| Swiss Re Management Corporation | 0 | 100 | f |
| Swiss Reinsurance America Corporation | 7 | 100 | f |
| Washington International Insurance Company | 5 | 100 | r |

**Latin America**

**Mexico**
| | | | |
|---|---|---|---|
| Swiss Re México SA | 62 | 100 | f |

**Australia**

| | | |
|---|---|---|
| Swiss Re Asset Management (Australia) Ltd | 0 | 100 | f |
| Swiss Re Australia Ltd | 19 | 100 | f |
| Swiss Re Life & Health Australia Ltd | 1 | 100 | f |
| The Mercantile and General Reinsurance Company of Australia Ltd | 12 | 100 | f |

**Africa**

**South Africa**

| | | |
|---|---|---|
| Swiss Re Asset Management (SA) Ltd | 0 | 100 | f |
| Swiss Re Life & Health Africa Ltd | 0 | 100 | f |
| Swiss Re Africa Ltd | 2 | 100 | f |

**Asia**

**Hong Kong, China**

| | | |
|---|---|---|
| Swiss Re Asset Management (Asia) Ltd | 0 | 100 | f |

**Method of consolidation:**
f   full
e   equity
×   Joint venture from accounting perspective

Top of page

**Variable interest entities**

In January 2003, new international guidance was issued on the consolidation of variable interest entities ("VIEs"). This guidance was subsequently revised and replaced in December 2003. The Group has applied the revised guidance to VIEs created or acquired after 31 January 2003, and has consolidated, as of 31 December 2003, those VIEs of which it is the primary beneficiary.

The Group is in the process of analysing the impact of the revised guidance on VIEs created or acquired before 31 January 2003, and will consolidate those VIEs of which it is the primary beneficiary in the 2004 financial statements.

**Variable interests in VIEs created or acquired after 31 January 2003**
The Group holds a variable interest in certain insurance-linked securitisations, private equity limited partnerships and other entities, created or acquired after 31 January 2003, which meet the definition of a VIE.

The insurance-linked securitisations transfer pre-existing insurance risk to the capital markets through the issuance of insurance-linked securities. The securitisation vehicle generally retains the issuance proceeds as collateral. The variable interests arise through ownership of insurance-linked securities or through protection provided for the value of the collateral held. The Group's maximum exposure to loss in the insurance-linked securitisations equals the higher of the carrying amount of the collateral protected or the carrying amount of the insurance-linked securities held. The collateral held usually consists of investment grade securities.

The Group also invests in selected private equity limited partnerships to enhance the risk-adjusted overall investment result. The maximum exposure to loss relating to private equity limited partnerships is equal to the carrying amount of the Group's investment. As of 31 December 2003, the total assets of VIEs, created or acquired after 31 January 2003, of which the Group is the primary beneficiary, amounted to CHF 126 million. As of 31 December 2003, the total assets of and estimated maximum exposure to loss in VIEs, created or acquired after 31 January 2003, in which the Group holds a significant variable interest but is not the primary beneficiary, amounted to CHF 2 331 million and CHF 1 739 million, respectively.

**Variable interests in VIEs created or acquired before 31 January 2003**
It is reasonably possible that the Group will be considered to be, as of 1 January 2004, the primary beneficiary of certain VIEs created or acquired before 31 January 2003. As of 31 December 2003, the total assets and estimated maximum exposure to loss of these VIEs amounted to CHF 4 894 million and CHF 230 million, respectively. Under applicable existing guidance, the Group has recognised CHF 4 256 million of these total assets, arising mainly from a modified coinsurance agreement.

In addition, it is reasonably possible that the Group will be considered to hold, as of 1 January 2004, a significant variable interest in certain VIEs created or acquired before 31 January 2003. The assets and liabilities arising from the Group's variable interest in these VIEs are currently accounted for under applicable existing guidance. The implementation of the revised guidance on VIEs is not expected to change the accounting for these assets and liabilities.

**Top of page**

**Next section**
**Back to main page**