

Return to the previous page

# Valley Forge Life Insurance Company

333 S. Wabash Ave.  
Chicago, IL 60685 (Map)  
Phone: 312-822-5000  
Fax: 312-822-6419

Covered by David Hamerly

Let's hope this Valley Forge provides better protection than the Valley Forge of the American Revolution where George Washington and his men suffered through starvation and cold in the desolate Pennsylvania countryside. Because this Valley Forge—the life insurance company—is in the business of protection. CNA Financial sold the company to Swiss Re Life & Health.

## Key Numbers

| | |
|---|---|
| Company Type | Subsidiary of Swiss Re Life & Health |
| D&B D-U-N-S Number | 043909241 |
| Fiscal Year-End | December |

## Key People

| | |
|---|---|
| Secretary | Jonathon (Jon) Kantor |

## Industry Information

- Insurance
    - Life Insurance

## Analyst Watch

Sponsored by Ameritrade

Making Money Now: David King and David Katz (4:09)  
02/14/05 3:05ET - Putnam Convertible Income-Growth Fund (PCONX) PM David King and Matrix Asset Advisors Chief Investment Officer David Katz discuss stocks in today's news.

More Industry Interviews



## Top Competitors

- MetLife
- Nationwide
- Prudential

14 Competitors Listed For Valley Forge Life

---

- Indicates subscriber-only content.
- Indicates external site content that will open in a new browser window.

---

Hoover's Online US | Hoover's Online UK | Choose Your Edition  
IPO Central | Hoover's Books | Subscription Options | Newsletters  
Hoover's Mobile | Help | Feedback

Copyright © 2005, Hoover's, Inc., ALL RIGHTS RESERVED  
About Hoover's | Job Opportunities | Privacy Policy | Advertising Info



EXHIBIT I