

## Licensing Disclosure

CNA Home Office
CNA Plaza
Chicago, IL 60685
(312) 822-5000

| Name of Company | NAIC Code | State of Domicile | Licensed In |
|---|---|---|---|
| American Casualty Company of Reading, PA | 20427 | Pennsylvania | DC, all states, and Puerto Rico |
| Boston Old Colony Insurance Company | 20761 | Massachusetts | DC, all states, and the U.S. Virgin Islands |
| The Buckeye Union Insurance Company | 20788 | Ohio | AK, DC, FL, IA, IL, IN, KS, KY, MD, MI, MO, NY, OH, PA, RI, SD, VA, WV |
| CNA Casualty of California | 20435 | California | AZ, CA, MD, NV |
| Columbia Casualty Company | 31127 | Illinois | IL |
| Commercial Insurance Company of Newark, New Jersey | 20818 | New Jersey | DC and all states |
| Continental Assurance Company | 62413 | Illinois | DC, all states, Puerto Rico, and the U.S. Virgin Islands |
| Continental Casualty Company | 20443 | Illinois | DC, all states, Puerto Rico, the U.S. Virgin Islands, Argentina, Bolivia, Canada, Columbia, Ecuador, Mexico, and Venezuela |
| The Continental Insurance Company | 35289 | South Carolina | DC, all states, American Samoa, Guam, Northern Mariana Islands/Saipan, Puerto Rico, the U.S. Virgin Islands, Argentina, the Bahamas, Bermuda, Chile, |

EXHIBIT J

| | | | |
|---|---|---|---|
| | | | Columbia, Mexico, Peru, Philippines, and Venezuela |
| The Continental Insurance Company of New Jersey | 42625 | New Jersey | NJ |
| Continental Lloyd's Insurance Company | 24333 | Texas | TX |
| Continental National Indemnity Company | 28258 | Ohio | DC and all states except AK, CT, HI, ME, NH, OK, RI, WY |
| Continental Reinsurance Corporation | 20923 | California | AK, AR, AZ, CA, CO, DC, DE, FL, GA, HI, IA, ID, IL, IN, LA, MD, MI, MS, MT, NC, ND, NJ, NM, NY, NV, OH, OK, OR, PA, SC, TX, UT, VA, WA, WI, WV, WY, Hong Kong |
| Encompass Home and Auto Insurance Company | 11252 | Illinois | GA, IL, NY, TX |
| Encompass Independent Insurance Company | 11251 | Illinois | GA, IL, NY, TX, VA |
| Encompass Insurance Company of America | 10071 | Illinois | AL, AR, AZ, CO, CT, DC, DE, FL, GA, IA, IL, IN, KS, KY, LA, ME, MD, MN, MO, NH, NY, NV, OH, OK, OR, PA, RI, SC, TN, TX, UT, VA, VT, WA, WI, WV |
| Encompass Property & Casualty Company | 10072 | Illinois | AZ, GA, IL, LA, MI, MN, NY, TX, VA |
| The Fidelity & Casualty Insurance Company of New York | 35270 | South Carolina | DC and all states |
| Firemen's Insurance Company of Newark, New Jersey | 20850 | New Jersey | DC and all states |
| First Fire & | | | |

| Casualty Insurance of Hawaii, Inc. | 41726 | Hawaii | HI and Guam |
|---|---|---|---|
| First Indemnity Insurance of Hawaii, Inc. | 41734 | Hawaii | HI and Guam |
| First Insurance Company of Hawaii, Ltd. | 41742 | Hawaii | HI and Guam |
| First Security Insurance of Hawaii, Inc. | 10938 | Hawaii | HI and Guam |
| Galway Insurance Company | 10201 | California | CA, FL |
| The Glens Falls Insurance Company | 34622 | Delaware | DC and all states |
| Kansas City Fire & Marine Insurance Company | 20885 | South Carolina | DC and all states except HI |
| The Mayflower Insurance Company, Ltd. | 22152 | South Carolina | AK, AZ, CA, CO, GA, IA, IL, IN, LA, MD, MN, MO, NV, NY, OH, OR, RI, SD, TX, UT, WA, WI |
| National Fire Insurance Company of Hartford | 20478 | Connecticut | DC, all states, and Puerto Rico |
| National-Ben Franklin Insurance Company of Illinois | 20893 | Illinois | DC, FL, IA, IL, IN, KY, MD, MI, MN, NC, ND, NY, RI, SD, TX, WI |
| Niagara Fire Insurance Company | 35106 | Delaware | DC, all states, and the U.S. Virgin Islands |
| Pacific Insurance Company | 37338 | California | CA and NY |
| Transcontinental Insurance Company | 20486 | New York | DC, all states, and Puerto Rico |
| Transportation Insurance Company | 20494 | Illinois | DC and all states |

| | | | |
|---|---|---|---|
| Valley Forge Insurance Company | 20508 | Pennsylvania | District of Columbia and all states except Hawaii |
| Valley Forge Life Insurance Company | 70211 | Pennsylvania | DC and all states except HI |
| State Abbreviation Cross-Reference | | | AK - Alaska<br>AL - Alabama<br>AR - Arkansas<br>AZ - Arizona<br>CA - California<br>CO - Colorado<br>CT - Connecticut<br>DC - District of Columbia<br>DE - Delaware<br>FL - Florida<br>GA - Georgia<br>HI - Hawaii<br>IA - Iowa<br>ID - Idaho<br>IL - Illinois<br>IN - Indiana<br>KS - Kansas<br>KY - Kentucky<br>LA - Louisiana<br>MA - Massachusetts<br>MD - Maryland<br>ME - Maine<br>MI - Michigan<br>MN - Minnesota<br>MO - Missouri<br>MS - Mississippi<br>MT - Montana<br>NE - Nebraska<br>NV - Nevada<br>NH - New Hampshire<br>NJ - New Jersey<br>NM - New Mexico<br>NY - New York<br>NC - North Carolina<br>ND - North Dakota<br>OH - Ohio<br>OK - Oklahoma<br>OR - Oregon<br>PA - Pennsylvania<br>RI - Rhode Island<br>SC - South Carolina<br>SD - South Dakota<br>TN - Tennessee<br>TX - Texas<br>UT - Utah |

| | | | |
|---|---|---|---|
| | | | VA - Virginia |
| | | | VT - Vermont |
| | | | WA - Washington |
| | | | WI - Wisconsin |
| | | | WV - West Virginia |
| | | | WY - Wyoming |

Close   Print