# Administrative Reinsurance transaction with The Midland Life Insurance Company final

**3 Aug 2000 CET Press Release**

**Swiss Re Life & Health America Inc. completes Administrative Reinsurance transaction with The Midland Life Insurance Company**

Swiss Re Life & Health America Inc. announced that its affiliate, Reassure America Life Insurance Company, has completed an Administrative Reinsurance transaction in which it will acquire 100 percent of the outstanding stock of National Capital Financial Corporation and its wholly owned subsidiary The Midland Life Insurance Company.

Midland, based in Columbus, Ohio, had assets of US$1.2 billion at December 31, 1999, and total revenue of approximately US$300 million during 1999. Midland has more than 200,000 policies in force, including life insurance policies and annuities.

Chris C. Stroup, President and Chief Executive Officer, of Swiss Re Life & Health America Inc., said, "This acquisition will add to the growth in our Administrative Reinsurance portfolio. Through our Administrative Reinsurance efforts, we provide capital and risk management services to clients in exchange for their insurance in force."

Swiss Re Life & Health America Inc., with its affiliates, is the largest life and health reinsurer in North America. It provides traditional life reinsurance and Administrative Reinsurance to its clients. As of December 31, 1999, the combined companies had approximately US$12.5 billion in assets and more than US$3.0 billion in revenues for 1999. Reassure America Life Insurance Company, an Illinois domiciled life insurance company, serves as the primary platform for Swiss Res Administrative Reinsurance line of business.

**For further information please contact:**

Media (US):
**Steve Dishart**, tel. +1 212 317 5640

Investor Relations:
**Dieter Enkelmann**, tel. +41 1 285 4444



EXHIBIT L