I hereby certify that this
instrument is a true and
correct copy of the original
on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LIBERTE CAPITAL GROUP, | ) | CASE NO.  5:99 CV 818 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| JAMES A. CAPWILL, et al., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

KATZ, J.

Pending before the Court is the Alpha Capital Receiver's Motion for an Order of Clarification of Authority over Liberte Portfolio (Doc. No. 2244).

In attempting to manage the business aspects of Liberte Capital Group, coupled with the directive to provide for the greatest economic benefit for Liberte investors, the Alpha Receiver is in need of an order to facilitate his dealing with various insurance companies relative to Liberte policies.

Accordingly, the Court having previously expanded the duties of the Alpha Receiver to maximize the value of the Liberte portfolio advises the insurers named in the attachment as follows:

(1)  That the Alpha Receiver, William T. Wuliger, Esq., has full, complete and absolute right, title and interest to such policies as reflected in the attachment;

(2)  Those insurance carriers whose names appear in the attachment shall recognize the

1


EXHIBIT N

authority of the Alpha Receiver, William T. Wuliger, as absolute owner and beneficiary of the policies set forth in the attachment, to act as full owner and custodian of those policies with the authority to sell, transfer, convey or assign rights to said policies howsoever the Alpha Receiver deems fit, consistent with this Court's orders.

(3) Those insurance carriers, whose names appear in the attachment, shall provide information necessary for the Alpha Receiver to assess the value of the portfolio. The information, at a minimum, shall include; (a) the named insured; (b) the name of the owner of the policy; (c) the status of the policy; (d) the face amount and value of the policy. The insurance carriers shall provide this information within a reasonable time to the Receiver and shall forward information relative to requests to the Receiver's agent, NorthEast Escrow Services, LLC at 12550 Chillicothe Road, Chesterland, Ohio 44026 with respect to any of the policies of insurance on the attached list.

(4) In the event that any insurance carrfier fails to comply fully with this Order, the Court will entertain the Alpha Receiver's motion for contempt and that company will be subject to appropriate sanctions for said contempt, as determined by this Court.

(5) The Alpha Receiver shall serve a certified copy of this Order and attachment thereto to the relevant insurance carrier from whom information is sought.

IT IS SO ORDERED.

| August 4, 2004 | s/ David A. Katz |
|---|---|
| DATE | JUDGE DAVID A. KATZ |
| | U.S. DISTRICT JUDGE |

Liberte Capital Group Life Insurance Policy List

| Insured Last Name | Insured First Name | Policy Number | Carrier | Death Benefit |
|---|---|---|---|---|
| Abraham | Shirley | 62722790 | New York Life | 2,500,000.00 |
| Adams | Bret | 2000059148 | Southwestern Life | 95,000.00 |
| Adams | Bret | 2659761 | Allianz | 25,000.00 |
| Adell | Christopher | 191313313 | American General | 15,000.00 |
| Albers | Alfred | UL0010633H | General Life | 1,000,000.00 |
| Allan | Harold | 41493786 | Transamerica | 3,000,000.00 |
| Allan | Harold | BU1058967 | United of Omaha | 3,000,000.00 |
| Allan | Harold | ULA354603 | West Coast Life | 500,000.00 |
| Allen | Bertram | 60030399 | Transamerica Occidental | 1,000,000.00 |
| Andrews | Douglas | OGL023925 | ITT Hartford | 38,000.00 |
| Angiolillo | John | TP5014553 | Jefferson-Pilot | 25,000.00 |
| Aran | Irving | 1555070 | Security Life of Denver | 1,000,000.00 |
| Aran | Irving | 60032825 | Transamerica Occidental | 1,000,000.00 |
| Arey | Charles | 27854-G | Metropolitan Life | 174,000.00 |
| Ashbrook | Joel | 14591400 | American Amicable | 75,000.00 |
| Bamonte | Robert | 126462944 | Aetna | 350,000.00 |
| Barbosa | Peter | 1000037681 | Southwestern Life | 93,000.00 |
| Barbosa | Peter | 2051583 | Old Line Life | 100,000.00 |
| Barbutti | David | 40471871 | Transamerica | 150,000.00 |
| Barnes | Peter | 15124410 | North American Co. for L & H | 10,000.00 |
| Barnett | Paul | BU1056962 | United of Omaha | 2,000,000.00 |
| Barrow | Phil | 33347919 | Liberty National | 50,000.00 |
| Bates | Virginia | 1479370 | Old Line Life | 100,000.00 |
| Battipaglia | John | OGL 014755 | ITT Hartford | 58,000.00 |
| Battle | Ernest | 430154482 | Primerica | 100,000.00 |
| Bebensee | Kenny | 519023 | Lincoln Mutual | 20,000.00 |
| Berg | Ellsworth | G-38750 | Prudential | 75,000.00 |
| Berkof | Helen | 60034409 | Transamerica | 1,000,000.00 |
| Betancourt | Ben | 1137000 | Metropolitan Life | 29,000.00 |
| Bietler | Richard | 37835164 | New York Life | 29,455.00 |
| Black | Rickey | 64402465 | Allstate | 100,000.00 |
| Black | Michael | 39791 | California Physicians | 111,000.00 |
| Block | Peter | 1185145 | US Life | 50,000.00 |
| Bloodworth | James | 1594217 | Security Life | 35,000.00 |
| Bloodworth | James | 200185630 | Standard Life | 50,000.00 |
| Bloodworth | James | 10435292 | United Presidential | 75,000.00 |
| Bloodworth | James | CSA3578467 | FEGLI | 28,000.00 |
| Bourgo | Edward | 74301 | Metropolitan Life | 121,000.00 |
| Bower | Eric | 5029468 | Transamerica Assurance | 30,000.00 |
| Boyce | Dana | 1803540 | CNA | 180,000.00 |
| Brindle | Teddy | E098390 | Globe Life | 10,000.00 |
| Brindle | Teddy | 198015934 | American General | 75,000.00 |
| Brito | Robert | G444555 | Travelers | 114,000.00 |
| Broady | Andre | NF3-3976665-6 | Liberty Life | 80,000.00 |
| Brodey | Donald | 7364606 | Travelers | 2,000,000.00 |

NorthEast Escrow Services

Liberte Capital Group Life Insurance Policy List

| Insured Last Name | Insured First Name | Policy Number | Carrier | Death Benefit |
|---|---|---|---|---|
| Brooks | Harry | 58656984 | Manulife Financial | 2,000,000.00 |
| Bruce | David | RM9809166 | Manhattan | 50,000.00 |
| Brzoznowski | Michael | 64403146 | Allstate | 75,000.00 |
| Brzoznowski | Michael | | Physicians Mutual | 15,000.00 |
| Bullock | Rickey | 10439919 | United Presidential | 198,020.00 |
| Burgess | Jeffrey | 1502266814 | Midland National | 40,000.00 |
| Butler | I.B. | 2000058238 | Southwestern Life | 75,000.00 |
| Calhoun | Irene | 7362806 | Travelers | 250,000.00 |
| Calhoun | Irene | 60028905 | Transamerica Occidental | 250,000.00 |
| Campbell | Kenneth | L98100239 | American Internat'l Life Assur | 40,000.00 |
| Campbell | Travis | 4430167 | Principal Mutual | 25,000.00 |
| Campoy | Jorge | 4218365 | Union Central Life | 55,000.00 |
| Cane | Derrick | 92063 | ITT Hartford | 28,000.00 |
| Cappabianca | Matthew | 977101184A | Metropolitan Life | 30,000.00 |
| Carpinone | Carmine | 77871244 | Prudential | 500,000.00 |
| Carpinone | Carmine | 5017961 | US Life | 250,000.00 |
| Chamorro | Mario | 97000 | Prudential | 144,000.00 |
| Chavenello | Peter | 1-330002781 | Amica Life | 111,000.00 |
| Clark | Norman | 12474 | Northwestern Mutual | 75,000.00 |
| Clark | George | 1090418243 | Conseco | 1,000,000.00 |
| Clark | Ronnie | T1243664 | Ohio State Life | 50,000.00 |
| Clarke | Raymond | NA-10129908 | National Life of CA | 100,000.00 |
| Clayton | Kenneth | 317009 | Shenandoah Life | 40,000.00 |
| Coates | Tim | 2000057844 | Southwestern Life | 75,000.00 |
| Colbaugh | Gregg | 33306986 | Liberty National | 50,000.00 |
| Colbourne | Gregory | LC22136507 | AMP Life Limited | 229,271.00 |
| Crook | Terry | LL1547942-02 | ITT Hartford | 50,000.00 |
| Cusack | Robert | G97000/GO9700 | Prudential | 104,000.00 |
| Dalbok | Davis | 1842306 | Great Southern | 90,000.00 |
| Dalton | Keith | 1703073 | Gerber Life | 20,000.00 |
| Dalton | Keith | 356747 | InterState Assurance | 100,000.00 |
| Daniel | Mark | 14-510 | United Health & Life | 5,000.00 |
| Davis | Rodney | L011468500 | North American Co. for L & H | |
| Decicco | Peter | 1087453L | United States Life | 50,000.00 |
| DeFrancesco | Marlene | 1968738 | Midland National | 50,000.00 |
| DeLuke | Robert | N32876 | Principal Financial | 157,000.00 |
| DePanfilis | Ralph | 60030005 | Transamerica | 1,000,000.00 |
| Doan | Clark | G5576 | Anthem Benefit Services | 50,000.00 |
| Duva | Waldo | UL00254127 | John Hancock | 1,000,000.00 |
| Ellis | Robert | 221460/314623G | ConnGen/Minn.Mutual | |
| Emilo | Edwin | AAA-6445480 | AAA Life | 20,000.00 |
| Emilo | Edwin | DR-6373903 | United of Omaha | 10,000.00 |
| Emilo | Edwin | 4900297 | Gerber Life | 8,000.00 |
| Emilo | Edwin | 80348298 | Guarantee Reserve | 14,375.00 |

Liberte Capital Group Life Insurance Policy List

| Insured Last Name | Insured First Name | Policy Number | Carrier | Death Benefit |
|---|---|---|---|---|
| | William | 471843U | American Heritage | 75,000.00 |
| Evans | William | L321802 | Provident | 50,000.00 |
| Evans | William | PL9685466 | Pioneer Life | |
| Everett | Donald | JS3555300 | Jefferson Pilot | 68,767.00 |
| Faraco | Delano | TP4426205 | Jefferson Pilot | 1,000,000.00 |
| Fashbaugh | Craig | L10009A2 | CNA | 82,600.00 |
| Fashbaugh | Craig | L10015A1 | CNA | 165,100.00 |
| Faust | Douglas | GL19426 | ITT Hartford | 205,000.00 |
| Feldman | James | 60027948 | Transamerica Occidental | 750,000.00 |
| Feldman | James | 60031884 | Transamerica Occidental | 250,000.00 |
| Filippone | Michael | 323824 | InterState Assurance | 100,000.00 |
| Finkel | David | 7215312 | Guarantee Reserve | 6,080.00 |
| Freund | Kurt | N00937956 | National Travelers | 100,000.00 |
| Friedmann | Ryan | GC-31490 | Prudential | 10,000.00 |
| Fryman | Jon | 220244 | CIGNA Group | 10,000.00 |
| Garbarino | Joseph | U0290831 | Lincoln Benefit Life | 3,800,000.00 |
| Garcia | Henry | 1000033247 | Southwestern Life | 93,700.00 |
| Garcia | Carlos | 48400G | Prudential | 5,000.00 |
| Garon | Sylvia | U78042 | Midland Life | 1,000,000.00 |
| George | David | 4426577 | Woodmen of the World | 25,000.00 |
| George | Ernest | 41247847 | Transamerica Occidental | 300,000.00 |
| Gilbert M.D. | Melvin | 30129325 | Provident | 1,000,000.00 |
| Gilbert M.D. | Melvin | G127634 | US Life of New York | 100,000.00 |
| Gilman | Robert | 1176203 | Life of Virginia | 66,000.00 |
| Glass | Miriam | 60028716 | Transamerica | 500,000.00 |
| Golston | Roderick | GLG-5050 | United of Omaha | 57,000.00 |
| Gomez | Edward | 295566459 | Deseret Employee Benefit Trust | 50,000.00 |
| Govan-Matthews | Janice | 1A85 | Medical Life Ins. Co. | 35,000.00 |
| Govan-Matthews | Janice | 52-08837023 | Mutual of Omaha | 15,000.00 |
| Green | Robert | G-1125 | Life of Virginia | 58,000.00 |
| Green | Robert | M5083935 | John Hancock | 4,500.00 |
| Griffin | John | 1119174 | Metropolitan Life | 50,000.00 |
| Grimland | Neal | U0290332 | Lincoln Benefit Life | 500,000.00 |
| Grunberg | Febus | 6278400 | CM Life | 2,500,000.00 |
| Grunberg | Febus | 6271917 | CM Life | 2,500,000.00 |
| Grunberg | Febus | 58429531 | Manulife Financial | 6,000,000.00 |
| Grunberg | Febus | UA7233 | Midland Life | 1,500,000.00 |
| Guevara | Ricaurte | T606307 | Fortis | 28,000.00 |
| Guida | Frank | 30038330 | Southwestern Life | 25,000.00 |
| Guido | Alea | 60028723 | Transamerica Occidental | 500,000.00 |
| Gutierrez | Ferdinand | 1-001122964 | Fidelity & Guarantee Life | 50,000.00 |
| Hall | John | GL600033 | Hartford Life & Accident | 77,200.00 |
| Haynes | Timothy | 30144590 | Integon Life | 40,000.00 |
| Hill | Darren | L10091439111 | Life of Georgia | 10,000.00 |

Liberte Capital Group Life Insurance Policy List

| Insured Last Name | Insured First Name | Policy Number | Carrier | Death Benefit |
|---|---|---|---|---|
| Hite | Vernoy | 67158863 | John Hancock | 183,000.00 |
| Hodge | David | PL9685757 | Pioneer Life | |
| Hooker | Thomas | 2286106 | Great Southern | 52,520.00 |
| Hooker | Thomas | 2244001 | Great Southern | 77,492.00 |
| Idom | Henry | 43327 | Anthem Group | 34,000.00 |
| Jackson | Scott | UL0848941 | Texas Life | 75,000.00 |
| Jemmett | Zane | LL-1731310-02 | ITT Hartford | 16,000.00 |
| Jenkins | Robert | V-129832 | United States Life | 50,000.00 |
| Jimenez | Myrna | 1149808 | Gerber Life | 20,000.00 |
| Jimenez | Myrna | L327352 | Provident | 50,000.00 |
| Johnson | Greg | 77809426 | Prudential | 35,000.00 |
| Joslin | Bryan | CA4463-0001 | Fort Dearborn | 15,000.00 |
| Joyner | Max | JP5042386 | Jefferson Pilot | 500,000.00 |
| Joyner | Max | TP4352967 | Jefferson Pilot | 500,000.00 |
| Juliano | Lawrence | 2300143202 | Philadelphia | |
| Juliano | Lawrence | CL0850543 | Texas Life | 75,000.00 |
| Jurbala | John | 5170903 | Garden State | 100,000.00 |
| Kalman | John | A010180340 | Columbian Mutual | |
| Karaplios | Apostolis | 7448052 | Modern Woodmen of America | 90,000.00 |
| Karaplios | Apostolis | 2000054404 | Southwestern Life | 90,000.00 |
| Karaplios | Apostolis | CL0868570 | Texas Life | 75,000.00 |
| Kasten | Michael | PL9636788 | Pioneer Life | 35,000.00 |
| Keitel | Thomas | 2648509 | Allianz | 25,000.00 |
| Keitel | Thomas | 7AG100325 | Commonwealth | 75,000.00 |
| Killfoile | Joseph | 17900 | Prudential | 246,000.00 |
| King | Don | 58685934 | Manulife Financial | 1,000,000.00 |
| King | Scott | 1627910 | AmerUS Life | 63,021.00 |
| Kinsley | Charles | 3313066 | General American | 30,000.00 |
| Kirschbaum | Raymond | BU1055912 | United of Omaha | 500,000.00 |
| Klauber | Edmond | AB00106290 | AmerUS Life | 1,000,000.00 |
| Kliers | Daniel | 8004937 | Colorado Bankers | 50,015.00 |
| Kliers | Daniel | ULBA000027 | Valley Forge | 300,000.00 |
| Kliers | Daniel | VIBA001418 | Valley Forge | 100,000.00 |
| Klinner | Thomas | 2000059144 | Southwestern Life | 95,000.00 |
| Korbel | Stephen | CA47850001 | Fort Dearborn | 15,000.00 |
| Korbel | Stephen | L1488073 | Allianz | 50,000.00 |
| Koster | Joel | 1547631 | Gerber Life | 20,000.00 |
| Koster | Joel | 198023594 | American General | 75,000.00 |
| Koster | Joel | 2000057173 | Southwestern Life | 95,000.00 |
| Krug | Jaeson | 392010 | Interstate Assurance | |
| Kush | Michael | | Mutual of New York | 68,104.00 |
| Kuykendall | Paul | 4-0004071 | Guarantee Life | 96,000.00 |
| Land | Steven | 2000057169 | Southwestern Life | 95,000.00 |
| LaPolla | John | 5185814 | First Colony | 2,000,000.00 |

Liberte Capital Group Life Insurance Policy List

| Insured Last Name | Insured First Name | Policy Number | Carrier | Death Benefit |
|---|---|---|---|---|
| LaRue | Michael | GL-12373-1 | Northwestern National | 5,000.00 |
| Lauderdale | Darlene | 97100576 | AIG Life | 40,000.00 |
| Lauderdale | Darlene | 1355021184 | American Life of NY | 50,000.00 |
| Lawson | Rickey | 300122 | Lincoln Benefit Life | 1,000,000.00 |
| Layton | Rodger | 41760646 | AIG Life | 50,000.00 |
| Lee | Livingston | F0013728 | United Commercial Travelers | 25,000.00 |
| Leibert | Alfred | 58142993 | Manulife Financial | 1,000,000.00 |
| Leibert | Alfred | 60030190 | Transamerica Occidental | 1,000,000.00 |
| Leonberger | Robert | 435438 | United Presidential |  |
| Levinson | Arthur | U0292128 | Lincoln Benefit Life | 4,000,000.00 |
| Lewis | Dennis | 100701376 | National Western | 30,952.00 |
| Light | David | 58592940 | Manulife Financial | 3,000,000.00 |
| Light | David | 58637182 | Manulife Financial | 2,000,000.00 |
| Light | David | U10005127L | American General | 2,000,000.00 |
| Little | Amirah | FV3319607 | John Hancock | 50,000.00 |
| Little | Amirah | 976611981A | Metropolitan Life | 111,402.00 |
| Livingston | William | J000039903 | Southwestern Life | 95,000.00 |
| Lohr | Rickey | 658260 | Aetna | 81,000.00 |
| Lokey | Bill | GL22199 | Prudential | 110,000.00 |
| Love | Lovie | UL8516531 | United Ins. Co. of America | 5,000.00 |
| Mabie | Ralph | DD9712649 | Manhattan | 1,000,000.00 |
| Machuga | James | 97000 | University of California | 256,000.00 |
| Marcano | Jose | AGL206055 | ITT Hartford | 100,000.00 |
| Marcano | Jose | BGL206056 | ITT Hartford | 100,000.00 |
| Markle | Richard | 7435914 | Modern Woodmen of America | 75,000.00 |
| Mays | David | 74304 | Metropolitan Life | 27,500.00 |
| McCarthy | Kevin | 200072 | UNUM | 100,000.00 |
| McCarthy | Kevin | 326867 | UNUM | 3,000.00 |
| McConnell | Steven | 874761242PR | Metropolitan Life | 128,278.00 |
| McCullough | Linda | 14770260 | American Amicable | 75,000.00 |
| McCullough | Christopher | DR-6492917 | United of Omaha | 5,000.00 |
| McCullough | Linda | CL5033513 | Companion Life | 45,000.00 |
| McCullough | Christopher | 1090267327 | Massachusetts General | 100,000.00 |
| McDaniel | Kevin | 656045 | Aetna | 93,000.00 |
| McMillen | Donnely | 659022651 | Chubb Life/Jefferson Pilot | 500,000.00 |
| McNamee | Robert | 9132150 | State Life | 250,000.00 |
| Mellios | George | 600080113 | Southland Life | 250,000.00 |
| Mengel | Michael | 67192077 | John Hancock | 250,000.00 |
| Mengel | Michael | 327011 | Lincoln Benefit Life | 500,000.00 |
| Mengel | Michael | 26121310 | Jackson National | 500,000.00 |
| Mengel | Michael | D925122 | Globe Life | 10,000.00 |
| Mengel | Michael | FK2414475 | Federal Kemper | 250,000.00 |
| Mengel | Michael | L416703 | Alfa Life | 500,000.00 |
| Mengel | Michael | L52179441 | Golden Rule | 500,000.00 |

Liberte Capital Group Life Insurance Policy List

| Insured Last Name | Insured First Name | Policy Number | Carrier | Death Benefit |
|---|---|---|---|---|
| Mengel | Michael | T101759594 | First Penn Pacific | |
| Meredith | Kent | 26065-7 | Northwestern National | 10,000.00 |
| Meshey | Ronald | U737905 | United Investors | 50,000.00 |
| Miller | Terry | 01-012016 | Manulife Financial | 40,000.00 |
| Mitchell | Dwayne | 6084841 | Farmers New World | 50,000.00 |
| Mitchell | Dwayne | 77875218 | Prudential | 50,000.00 |
| Mitchell | Dwayne | LF15864756 | State Farm | 50,000.00 |
| Montero | Samuel | 2383019 | AAA Life | 100,000.00 |
| Montero | Samuel | F0013074 | United Commercial Travelers | 25,000.00 |
| Moore | Keith | 3525933 | General American | 10,252.00 |
| Moore-Leavitt | Tony | 010LM93566 | Providian | 10,000.00 |
| Morgan | David | 1331387 | Gerber Life | 20,000.00 |
| Morgan | David | AGL 1266 | ITT Hartford | 200,000.00 |
| Mosley | Mark | 14820080 | American Amicable | 100,000.00 |
| Mullins | Michael | 2554764 | Allianz | 25,000.00 |
| Nelson | Richard | 2000060099 | Southwestern Life | 75,000.00 |
| Nelson | Richard | 1811652 | Security Life | 35,000.00 |
| Nelson | Richard | 145006 | Sentinel Security | 75,000.00 |
| Nelson | Richard | 7AG100366 | Commonwealth | 75,000.00 |
| Nowlin | Jeremey | M101290 | CIGNA | 30,000.00 |
| Oliver | Phillip | 197070666 | American General | 90,000.00 |
| Ortiz | Ismael | 7038606 | CIGNA Group | 53,000.00 |
| Otte-Bang (1) | Michael | P104-2000 | Provident | 71,000.00 |
| Oxenberg | Leonard | LN00161180 | North American Co. for L & H | 100,000.00 |
| Pabian | John | 66383454 | John Hancock | 50,000.00 |
| Padgett | Ronald | 44954390 | New York Life | 100,000.00 |
| Pakis | Michael | GL21129 | American Continental | 27,000.00 |
| Palladino | Patrick | 747194008 | Allstate | 50,000.00 |
| Palmer | Trevor | 242929 | Presidential Life | 30,000.00 |
| Palmer | Trevor | 46218979 | New York Life | 25,000.00 |
| Palmer | Trevor | 100117892 | Unity Mutual | 75,000.00 |
| Pankow | Mark | 35020 | Metropolitan Life | 225,000.00 |
| Parkinson | John | 20004057 | Commonwealth | |
| Patterson | Jeffrey | LF-1233-2911 | State Farm | 50,000.00 |
| Pearl | Miriam | UA-6929 | Midland Life | 1,000,000.00 |
| Pearl | Miriam | UL00253980 | John Hancock | 1,000,000.00 |
| Pennington | Joyce | 203497-001 | UNUM | 100,000.00 |
| Perrotta | Anthony | 38036004 | New York Life | 50,000.00 |
| Perrotta | Anthony | 44063501 | New York Life | 251,894.00 |
| Perrotta | Anthony | 44604215 | New York Life | 30,000.00 |
| Perrotta | Anthony | 44605570 | New York Life | 25,000.00 |
| Perrotta | Anthony | 45635357 | New York Life | 380,000.00 |
| Perrotta | Anthony | 45763096 | New York Life | 175,000.00 |
| Perrotta | Anthony | 60200823 | New York Life | 150,000.00 |

Liberte Capital Group Life Insurance Policy List

| Insured Last Name | Insured First Name | Policy Number | Carrier | Death Benefit |
|---|---|---|---|---|
| Petillo | Herlinda | 1568415 | Gerber Life | 30,000.00 |
| Pfeifer | Joseph | 35702 | Metropolitan Life | 57,934.00 |
| Ploskonka | Jeffrey | CSA3299112 | FEGLI | 101,000.00 |
| Pompei | Christopher | 2612083 | Allianz | 25,000.00 |
| Posner | Jerome | 40763370 | Transamerica | 50,000.00 |
| Powell | Daniel | 25791 | State Mutual | 52,000.00 |
| Rasnick | Marc | 6275433 | CM Life | 1,500,000.00 |
| Ray | John | 40309527 | Transamerica | 100,000.00 |
| Ray | Adam | | Mass Mutual | |
| Reuther | Thomas | GH62238 | Canada Life | 74,000.00 |
| Rey | Saul | 14589620 | American-Amicable | 75,000.00 |
| Reynolds | Joel | 11430693NY | Mutual of New York | 50,000.00 |
| Rheingold | Paul | 600029544 | Transamerica | 1,000,000.00 |
| Ricketts | Orrett | 1155781 | United States Life | 100,000.00 |
| Ricketts | Orrett | 1703503 | Security Life | 35,000.00 |
| Ricketts | Orrett | 4701922 | Guarantee Reserve | 20,000.00 |
| Ricketts | Orrett | 500D812410 | American General | 100,000.00 |
| Ricketts | Orrett | 37-175-9351 | First United American | 10,000.00 |
| Ringer | Robert | UL00254133 | John Hancock | 1,000,000.00 |
| Roark | Ronald | PT389857 | Commercial Union | 75,000.00 |
| Roberts | Matthew | L0001864 | John Alden | 50,000.00 |
| Rose | Robert | 50002824 | Standard Life | 25,000.00 |
| Rose | Robert | GR9803589 | Great American Life | 25,000.00 |
| Rose | Robert | E000028029 | CNA | 10,000.00 |
| Rose | Robert | AA9704714 | Manhattan | |
| Ross | Michael | 92547841 | Transamerica | |
| Ross | Jeffrey D | 2000049028 | Southwestern Life | 1,600,000.00 |
| Ross | Jeffrey D | 3335385 | General American | 100,000.00 |
| Ross | Michael | 60026742 | Transamerica Occidental | 1,000,000.00 |
| Ross | Jeffrey | 5275294 | Garden State | 250,000.00 |
| Rubin | Hermin | 60029772 | Transamerica | 500,000.00 |
| Russo | Ken | 790654367 | Allstate | 50,000.00 |
| Rust | James | 200185259 | Standard Life | 50,000.00 |
| Rutledge | Beryl | UL0010679H | General Life | 1,000,000.00 |
| Sabatino | Christopher | 313969 | Interstate Assurance | 50,000.00 |
| Sacerdote | Patricia | 1178765 | Ohio State Life | 50,000.00 |
| Sacerdote | Patricia | 00704383-4 | United Services Life | 90,000.00 |
| Sacerdote | Patricia | F0008826 | Commercial | |
| Sacerdote | Patricia | PL9638890 | Pioneer Life | 35,000.00 |
| Samuels | Eric | PT385286 | Commercial Union | 75,000.00 |
| Samuels | Eric | ULCL-NI-97 | Texas Life | 75,000.00 |
| Sanders | Robert | 69696587 | State Farm | 37,646.00 |
| Sauer | Mark | 56575 | Connecticut General | 34,500.00 |
| Savage | Linsey | 1780242-6 | American Family | 500,000.00 |

Liberte Capital Group Life Insurance Policy List

| Insured Last Name | Insured First Name | Policy Number | Carrier | Death Benefit |
|---|---|---|---|---|
| Savage | Linsey | ML0070569 | Country Investors Life | 250,000.00 |
| Scarati | Ernest | JP5038347 | Jefferson Pilot | 100,000.00 |
| Schade | William | 2000058345 | Southwestern Life | 75,000.00 |
| Schildcrout | Lloyd | 60030951 | Transamerica Occidental | 2,500,000.00 |
| Schmieg | Richard | 67131539 | John Hancock | 150,000.00 |
| Schonwetter | Barry | 4058782 | Provident | 250,000.00 |
| Schroeder | J. Andrew | C93700 | Fort Dearborn | 69,000.00 |
| Schvaneveldt | Bret | BL0982225 | Beneficial Life | 24,377.00 |
| Scott | Robert | 1887820 | CIGNA | 37,500.00 |
| Sewell | James | PT368918 | Commercial Union | 80,000.00 |
| Shaw | Maurice | 60028754 | Transamerica Occidental | 400,000.00 |
| Sheets | Alan | G-17900 | Prudential | 101,000.00 |
| Shulman | Abraham | 60033589 | Transamerica | 1,000,000.00 |
| Sikovitz | Robert | 4602653 | Travelers | 45,344.00 |
| Silkwood | David | 64402110 | Allstate | 100,000.00 |
| Simonowich | Louise | 30186980 | Integon Life | 250,000.00 |
| Simpson | Ernest | 6115078720 | Colonial Life & Accident | 90,000.00 |
| Sisson | Richard | 360729 | InterState Assurance | |
| Sisson | Richard | 5334643 | Life USA | 45,000.00 |
| Sistare | Ronald | CSA8067863 | FEGLI | 46,000.00 |
| Sloan | Kennard | G0050019 | MEGA Life | 10,000.00 |
| Sloan | Kennard | LRP20513315 | National States | 10,000.00 |
| Smith | Anthony | TL15655521 | Conseco Life Insurance Company | 25,000.00 |
| Smitherman | William | 2000057170 | Southwestern Life | 95,000.00 |
| Snaidauf | William | GL0200 | Employers Modern Life | 94,000.00 |
| Snead | Glenford | 2000054119 | Southwestern Life | 95,000.00 |
| Stafford | Darrin | PT374470 | Commercial Union | 75,000.00 |
| Stafford | Darrin | 00-D391306 | Globe Life | 10,000.00 |
| Stafford | Darrin | NU3-6031981-8 | Liberty Life | 75,000.00 |
| Stanley | Roger | PT392981 | Commercial Union | 50,000.00 |
| Stanley | Brian | 79698831 | Prudential | 300,000.00 |
| Stanley | Brian | AGL1215 | ITT Hartford | 70,000.00 |
| Stanley | Brian | 8540-001 | Life Ins. Co. of North America | 50,000.00 |
| Stead | Richard | 601725380 | Jackson National | 55,000.00 |
| Stebbing | Anthony | 915717800 | Suncorp | |
| Stephens | Rodney | DD9651281 | Manhattan | 500,000.00 |
| Stephens | Rodney | 659022649 | Chubb Life/Jefferson Pilot | 300,000.00 |
| Sterling | Bernard | 6280825 | Mass Mutual | 1,300,000.00 |
| Stracke | Elmer | B601805485 | Mutual Life of New York | 500,000.00 |
| Stracke | Elmer | BU1058672 | United of Omaha | 500,000.00 |
| Stracke | Elmer | L000137542 | Providian | 250,000.00 |
| Strassberg | Gerson | 7328596 | Travelers | 1,250,000.00 |
| Strassberg | Gerson | 7328598 | Travelers | 750,000.00 |
| Succi | Mary | 1090326463 | Conseco Life Insurance Company | 50,000.00 |

Liberte Capital Group Life Insurance Policy List

| Insured Last Name | Insured First Name | Policy Number | Carrier | Death Benefit |
|---|---|---|---|---:|
| Succi | Mary | 1502134918 | Midland National | 50,000.00 |
| Succi | Mary | U734735 | United Investors | 50,000.00 |
| Sussman | Robert | 60029398 | Transamerica | 250,000.00 |
| Tanner | Paul | DD9710474 | Manhattan | 2,000,000.00 |
| Tanner | Paul | DD9656029 | Manhattan | 4,000,000.00 |
| Taylor | William | 2393808 | AAA Life | 100,000.00 |
| Taylor | William | E061089 | Globe Life | 10,000.00 |
| Telesford | Earl | 500D85533C | American General | 50,000.00 |
| Telfer | Robert | 7442315928 | Allstate | 25,000.00 |
| Thaler | Sidney | 7364660 | Travelers | 1,000,000.00 |
| Thaler | Sidney | 7362842 | Travelers | 1,000,000.00 |
| Their | Adam | 22-1609922 | United American Life | 50,000.00 |
| Thompson | Edison | 2000049048 | Southwestern Life | 38,000.00 |
| Thomson | Michael | 38009-032 | Aetna | 88,000.00 |
| Torres | John | 14221081 | Northwestern Mutual | 100,000.00 |
| Torres | John | D824521 | Globe Life | 10,000.00 |
| Touche | | 44956363 | Western-Southern | 50,000.00 |
| Townsend | Lyle | U10003346L | American General | 500,000.00 |
| Trepetin | Boris | 9128870 | State Life | 200,000.00 |
| Troughton | Jeffrey | 1476010 | American Amicable | 75,000.00 |
| Tyminski | Walter | FB0498147 | Protective Life | 150,000.00 |
| Vanderporten | Robert | 9852533 | Northwestern Mutual | 52,535.00 |
| Vanderporten | Robert | 88020080 | Equitable | 100,000.00 |
| Vanderporten | Robert | 11301915 | Northwestern Mutual | 100,000.00 |
| Vantlin | Ronald | PT391590 | Commercial Union | 75,000.00 |
| Vogler | Jason | 923302692A | Metropolitan Life | 50,000.00 |
| Wager | Timothy | 430653984 | Primerica | 90,000.00 |
| Walender | Beni | L009544980 | North American Co. for L & H | 50,000.00 |
| Waters | Mitchell | 40400-386910 | Aetna | 37,500.00 |
| Watkins | Charles | 41388376 | Transamerica Occidental | 250,000.00 |
| Watkins | Charles | 2000051340 | Southwestern Life | 250,000.00 |
| Watkins | Charles | FK2448479 | Federal Kemper | 250,000.00 |
| Watson | Ted | 110036715 | Allianz | 25,000.00 |
| Weiss | Roberta | 60027259 | Transamerica Occidental | 500,000.00 |
| Welch | Joseph | 92548075 | Transamerica Occidental | 5,000,000.00 |
| Welch | Frank | 4877040 | Great West Life | 300,000.00 |
| West | Charles | A10126781L | American General | 1,000,000.00 |
| West | Charles | A10119812L | American General | 2,000,000.00 |
| Wexler | Selma | 7362591 | Travelers | 1,000,000.00 |
| Wexler | Selma | 7363532 | Travelers | 1,000,000.00 |
| Wheeler | William | 729951893 | Allstate | |
| Wheeler | William | D811382 | Globe Life | 15,000.00 |
| Wheeler | William | D814247 | Globe Life | 10,000.00 |
| Wheeler | William | D874197 | Globe Life | 10,000.00 |

Liberte Capital Group Life Insurance Policy List

| Insured Last Name | Insured First Name | Policy Number | Carrier | Death Benefit |
|---|---|---|---|---|
| Whitaker | Darrick | 2677538U | Jackson National | 85,000.00 |
| White | Todd | 202627130 | Auto Owners Ins. | 100,000.00 |
| White | Todd | 5066523 | Nationwide | 75,000.00 |
| White | Lawrence | 362660910 | JC Penney Life | 60,000.00 |
| Wicker | Robert | M103080 | CIGNA Group | 128,000.00 |
| Wilbanks | Chad | L073992250 | Nationwide | 99,000.00 |
| Williams | Gordon | F0013599 | United Commercial Travelers | 25,000.00 |
| Wilson | David | 435021803 | Metropolitan Life | 73,496.00 |
| Wintch | Steven | 97000 | Prudential | 54,000.00 |
| Wintch | Steven | BL1116231 | Beneficial Life | 25,000.00 |
| Wintle | Edwin | 454533 | First UNUM Life | 254,000.00 |
| Wright | Linda | 320461 | Farmers & Traders | 100,000.00 |
| Yankowski | John | 95B906312A | MetLife | 30,000.00 |
| Yates | Mark | 14712240 | American Amicable | 100,000.00 |