IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

LIBERTE CAPITAL GROUP,

           Plaintiff,         Case No. 5:99 CV 818

-vs-

                         O R D E R

JAMES A. CAPWILL, et al.,

           Defendant.

KATZ, J.

This matter is before the Court on Alpha's Motion to Protect Its Investors from Satellite litigation (Doc. No. 1407). Presently, the motion remains unopposed. This Court has jurisdiction pursuant to 28 U.S.C. § 1331.

Essentially, Alpha requests modification of the Order appointing the Alpha Receiver in order to prevent the dissipation of funds or the expenditure of resources by Alpha in defense of litigation initiated against Alpha, its property or the Alpha Receiver. Alpha correctly notes that when the original receiver (Frederick Luper) was appointed by the Court in 1999, the order included a provision to enjoin similar litigation against Viatical Escrow Services and/or Capital Fund Leasing and the Receiver himself. (Doc. No. 132, p. 5-6.)

The objective of the Receivership is to preserve and increase the estate for the benefit of all the creditors, investors, owners and parties to this case. To that end, because such a provision will preserve and protect assets the Court finds Alpha's request well taken. Accordingly, the Court grants Alpha's Motion (Doc. No. 1407) and amends the Order of appointment (Doc. No. 1290) to include the following:



EXHIBIT O

It is further ORDERED that all creditors, claimants, bodies politic, parties in interest, and all sheriffs, marshals, and other officers, and their respective attorneys, servants, agents, and employees, and all other persons firms and corporations be, and they hereby are, jointly and severally, enjoined and stayed from commencing or continuing any action at law or suit or proceedings in equity to foreclose any lien or enforce any claim against said Alpha Capital Group, LLC, its property or against the Alpha Receiver in any court. Such entities are further stayed from executing or issuing or causing the execution or issuance out of any Court of any writ, process, summons, attachment, subpoena, replevin, execution, or other process for the purpose of impounding or taking possession of or interfering with, or enforcing any claim or lien upon, any property owned by or in the possession of the said Receiver, and from doing any act or thing whatsoever to interfere with the Receiver in the discharge of his duties in this proceeding with the exclusive jurisdiction of this Court over said properties and said Alpha Receiver.

IT IS SO ORDERED.

                                              _s/ David A. Katz_
                                              DAVID A. KATZ
                                              U. S. DISTRICT JUDGE