IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY, SOUTHWESTERN LIFE INSURANCE COMPANY, and VALLEY FORGE LIFE INSURANCE COMPANY,<br><br>                Plaintiffs,<br><br>v.<br><br>ALPHA CAPITAL GROUP, LLC, LIBERTE CAPITAL GROUP, LLC, and WILLIAM T. WULIGER, as Receiver,<br><br>                Defendants. | CASE NO. 05-117 (GMS) |

## CERTIFICATE OF SERVICE

      I hereby certify that on March 11, 2005, I electronically filed PLAINTIFFS' EXPEDITED MOTION FOR EXTENSION OF THE TIME WITHIN WHICH PLAINTIFFS ARE PERMITTED TO RESPOND TO THE MOTION TO TRANSFER CASE OF DEFENDANT WILLIAM T. WULIGER with the Clerk of Court using CM/ECF and caused such document to be served on the following in the manner as indicated:

**Via Facsimile (216) 781-0621 and United States Mail, first class, postage prepaid**
William T. Wuliger, Esq.
WULIGER, FADEL & BEYER
The Brownell Building
1340 Sumner Court
Cleveland, Ohio 44115

                                                    /s/ David P. Primack
                                         David P. Primack (#4449)
                                         DRINKER BIDDLE & REATH LLP
                                         1100 N. Market Street, Suite 1000
                                         Wilmington, DE 19801-1254
                                         302-467-4200
                                         david.primack@dbr.com

WM\3728\1