IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY, SOUTHWESTERN LIFE INSURANCE COMPANY, and VALLEY FORGE LIFE INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>ALPHA CAPITAL GROUP, LLC, LIBERTE CAPITAL GROUP, LLC, and WILLIAM T. WULIGER, as Receiver,<br><br>    Defendants. | CASE NO. 05-117 (GMS) |

## STATEMENT PURSUANT TO LOCAL RULE 81.2

The parties hereby state, pursuant to Local Rule 81.2, that the following matters are pending and will require judicial action:

1. Plaintiff's Complaint.
2. Defendant's Motion to Extend Time to Answer and Counterclaim.
3. Defendant's Motion to Transfer Case to N.D. Ohio Western Division.

Dated: March 24, 2005

*William Wuliger w/permission*
William T. Wuliger, Esq.
WULIGER, FADEL & BEYER
The Brownell Building
1340 Sumner Court
Cleveland, Ohio 44115

Respectfully submitted,

*[signature]*
David P. Primack (#4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
302-467-4200

-and-

Of Counsel
Stephen C. Baker
Michael J. Miller
Timothy J. O'Driscoll

WM\3787\1

DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103
215-988-2700