UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY, SOUTHWESTERN LIFE INSURANCE COMPANY, and VALLEY FORGE LIFE INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALPHA CAPITAL GROUP, LLC, LIBERTE CAPITAL GROUP, LLC, and WILLIAM T. WULIGER, as Receiver,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 05-117 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS'**
**MOTION FOR REMAND**

Plaintiffs, Reassure America Life Insurance Company ("Reassure America"), Southwestern Life Insurance Company ("Southwestern"), and Valley Forge Life Insurance Company ("Valley Forge") (Reassure America, Southwestern, and Valley Forge are collectively referred to herein as "the insurers"), hereby submit this Motion for Remand to Delaware state court.

PHLIT\522645\1

In support of their Motion for Remand, Plaintiffs rely upon the reasons set forth in the attached Memorandum of Law, which is hereby incorporated in its entirety as if fully set forth herein.

Dated: March 28, 2005

    Respectfully submitted,

    /s/  David P. Primack
    David P. Primack (#4449)
    DRINKER BIDDLE & REATH LLP
    1100 N. Market Street, Suite 1000
    Wilmington, DE  19801-1254
    302-467-4200

    Attorneys for Plaintiffs,
    Reassure America Life Insurance Company,
    Southwestern Life Insurance Company, and
    Valley Forge Life Insurance Company

                -and-

    <u>Of Counsel</u>
    Stephen C. Baker
    Michael J. Miller
    Timothy J. O'Driscoll
    DRINKER BIDDLE & REATH LLP
    One Logan Square
    18th & Cherry Streets
    Philadelphia, PA  19103
    215-988-2700