UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY, SOUTHWESTERN LIFE INSURANCE COMPANY, and VALLEY FORGE LIFE INSURANCE COMPANY, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 05-117 (GMS) |
| ALPHA CAPITAL GROUP, LLC, LIBERTE CAPITAL GROUP, LLC, and WILLIAM T. WULIGER, as Receiver, | ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2005, I electronically filed ***PLAINTIFFS' MOTION FOR REMAND*** with the Clerk of Court using CM/ECF and caused such document to be served on the following in the manner as indicated:

***Via Facsimile (216) 781-0621 and***
***U.S. First Class Mail, postage prepaid***
William T. Wuliger, Esq.
WULIGER, FADEL & BEYER
The Brownell Building
1340 Sumner Court
Cleveland, Ohio 44115

                                                /s/ David P. Primack
                                    David P. Primack (#4449)
                                    DRINKER BIDDLE & REATH LLP
                                    1100 N. Market Street, Suite 1000
                                    Wilmington, DE  19801-1254
                                    302-467-4200
                                    david.primack@dbr.com

WM\3824\1