

# CORPORATION SERVICE COMPANY

Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808
800.927.9800
302.636.5454 fax

**ALPHA CAPITAL GROUP, LLC**
Matter Number   n/a

### DELAWARE STATUS SEARCH

www.incspot.com

## Entity Information

| | | | |
|---|---|---|---|
| | Search Results Date/Time | 01-11-2005 | 12:59 |
| Entity Name | ALPHA CAPITAL GROUP, LLC | | |
| File Number | 2846111 | Status | Cancelled-Voided since 06-01-2003 |
| Name Type | Inactive Delaware Co. | Stock Type | |
| Entity Type | Ltd. Liability Company | Corp Type | General |
| Tax Type | Annual L.L.C. Tax | | |
| Residency | Domestic         State   DE | Country | US |
| Incorporation Date | 01-13-1998 | Proclaim Date | |
| Renew Date | | Expire Date | |
| Bankruptcy | | Bankrupt Date | |
| State | | Case No | |
| Orig Incorp Country | | Orig Date | |
| Merged To Name | | | |
| Merged To Number | | State | |
| Federal ID | Qtrly Filings | Last Ann Rpt | |

## Registered Agent

| | | | |
|---|---|---|---|
| Agent Name | CORPORATE AGENTS, INC. | Agent ID | 9007018 |
| Address | 2711 CENTERVILLE ROAD | Phone | 302-636-5440 |
| | SUITE 400 | Fax | 302-998-7078 |
| | | County | New Castle |
| City | WILMINGTON      State   DE | Zip | 19808 |

## Stock Information

| Amendment Number | | | Effective Date | |
|---|---|---|---|---|
| Description | Class | Series | Authorized | Par Value |
| | Total Shares Authorized | | 0 | 0 |

The information above is taken from the records of Delaware's Office of the Secretary of State and reflects information of record as of the thru date listed on this report. CSC cannot and does not independently verify the accuracy or completeness of this information and, accordingly, we make no guaranties or representations about the accuracy or completeness of the information and disclaim any warranties about it and any liability for errors or omissions. If you wish to obtain a certified copy of documents on file or an official good standing, please contact your CSC Customer Service Representative.



# CORPORATION SERVICE COMPANY

**ALPHA CAPITAL GROUP, LLC**
Matter Number   n/a

DELAWARE STATUS SEARCH

Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808
800.927.9800
302.636.5454 fax

www.incspot.com

### Filing History (last 5 filings)

| Filing Year | Doc Code | Description | Pages | Filing Date/Time | Effective Date | Merger Type |
|---|---|---|---|---|---|---|
| 1998 | 0102Y | Register L.L.C. | 1 | 01-13-1998 09:00 | 01-13-1998 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### Taxes Due

| Tax Year | Filing Fee | Total Tax | Penalty | Interest | Other | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 2004 | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| 2003 | 0.00 | 200.00 | 100.00 | 36.00 | 0.00 | 0.00 | 336.00 |
| 2002 | 0.00 | 100.00 | 100.00 | 60.00 | 0.00 | 0.00 | 260.00 |
| | | | | Tax Balance Due as of | | 01-11-2005 | 1,224.00 |

The information above is taken from the records of Delaware's Office of the Secretary of State and reflects information of record as of the thru date listed on this report. CSC cannot and does not independently verify the accuracy or completeness of this information and, accordingly, we make no guaranties or representations about the accuracy or completeness of the information and disclaim any warranties about it and any liability for errors or omissions. If you wish to obtain a certified copy of documents on file or an official good standing, please contact your CSC Customer Service Representative.