UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY, SOUTHWESTERN LIFE INSURANCE COMPANY, and VALLEY FORGE LIFE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> ALPHA CAPITAL GROUP, LLC, LIBERTE CAPITAL GROUP, LLC, and WILLIAM T. WULIGER, as Receiver, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) CASE NO. 05-117 (GMS) ) ) ) ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2005, I electronically filed the ***Memorandum of Law in Support of Plaintiff's Motion for Remand*** with the Clerk of Court using CM/ECF and caused such document to be served on the following in the manner as indicated:

***Via Facsimile (216) 781-0621 and***
***U.S. First Class Mail, postage prepaid***
William T. Wuliger, Esq.
WULIGER, FADEL & BEYER
The Brownell Building
1340 Sumner Court
Cleveland, Ohio 44115

                                                      /s/ David P. Primack
                                        David P. Primack (#4449)
                                        DRINKER BIDDLE & REATH LLP
                                        1100 N. Market Street, Suite 1000
                                        Wilmington, DE  19801-1254
                                        302-467-4200
                                        david.primack@dbr.com

WM\3828\1