IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REASSURE AMERICA LIFE ) <br> INSURANCE COMPANY, SOUTHWESTERN ) <br> LIFE INSURANCE COMPANY, and ) <br> VALLEY FORGE LIFE INSURANCE ) <br> COMPANY, ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br>   v. ) <br>   ) <br> ALPHA CAPITAL GROUP, LLC, ) <br> LIBERTE CAPITAL GROUP, LLC, and ) <br> WILLIAM T. WULIGER, as Receiver, ) <br>   ) <br>   Defendants. ) | CASE NO. 05-117 (GMS) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2005, I electronically filed ***Plaintiffs' Expedited Motion for Extension of the Time Within Which Plaintiffs are Permitted to Respond to the Motion to Dismiss of Defendant William T. Wuliger*** with the Clerk of Court using CM/ECF and caused such document to be served on the following in the manner as indicated:

*Via Facsimile (216) 781-0621 and*
*U.S. First Class Mail, postage prepaid*
William T. Wuliger, Esq.
WULIGER, FADEL & BEYER
The Brownell Building
1340 Sumner Court
Cleveland, Ohio 44115


Dated: March 30, 2005                                       /s/  David P. Primack
                                                                          David P. Primack (#4449)
                                                                          DRINKER BIDDLE & REATH LLP
                                                                          1100 N. Market Street, Suite 1000
                                                                          Wilmington, DE  19801-1254
                                                                          302-467-4200
                                                                          david.primack@dbr.com

WM\3846\1