IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY, et al., | ) ) ) | CASE NO.: 1:05 CV 117 (GMS) |
| Plaintiffs, | ) ) ) | **SECOND MOTION TO EXTEND TIME WITHIN WHICH TO FILE AN ANSWER** |
| v. | ) ) | |
| ALPHA CAPITAL GROUP, LLC, et al., | ) ) | |
| Defendants. | ) | |

Now comes the Defendant, William T. Wuliger as Receiver, and hereby moves this Honorable Court for a second extension of time within which to file a responsive pleading in this action. In support of this motion, the undersigned states:

(1)  The undersigned filed a request for an additional thirty (30) days within which to file his responsive pleading on March 7, 2005. While the Court has not yet ruled on that request, the Plaintiffs have indicated that they do not oppose it.

(2)  Also on March 7, 2005, the undersigned filed a Motion to Transfer Venue, and on March 11, 2005, the Plaintiffs requested an extension of time to respond to that motion, in which they asserted that they would be filing a Motion to Remand the case to state court "on or before March 28, 2005, and argued that:

> "[T]he Court and the parties should not be put in the position of investing resources on motions and pleadings in this Court before the threshold decision of whether the case belongs here is resolved."

(3)     The Court has granted the Plaintiffs' motion, allowing ten (10) days from its decision on their Motion to Remand within which to file their opposition to the Motion to Transfer Venue.

(4)     Applying the same logic, the undersigned believes that it would be appropriate to further extend his time to file a responsive pleading by the same increment, so as not to further waste the resources of this Court.

WHEREFORE, for the reasons stated herein and any others that may appear to this Court, the undersigned respectfully requests an additional extension of ten (10) days from the date of this Court's decision on Plaintiffs' Motion to Remand within which to file his responsive pleading in this case.

Respectfully submitted,

_____
WILLIAM T. WULIGER (0022271)
Alpha Receiver, *pro se*
1340 Sumner Court
Cleveland, Ohio 44115-2851
(216) 781-7777

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was sent this 22nd day of March, 2005 by regular mail, postage prepaid to the following:

Warren T. Pratt, Esq.
David P. Primack, Esq.
Drinker, Biddle & Reath LLP
1100 N. Market Street, Ste. 1000
Wilmington, DE 19801-1254
Attorneys for Plaintiffs


Stephen C. Baker, Esq.
Michael Miiller, Esq.
Timothy O'Driscoll, Esq.
Drinker, Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
Of Counsel

_____
WILLIAM T. WULIGER (0022271)