IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY, et al., | ) ) ) CASE NO. 01:05 CV 117 (GMS) |
| Plaintiffs, | ) ) **MOTION TO DISMISS** |
| v. | ) ) |
| ALPHA CAPITAL GROUP, LLC, et al., | ) ) |
| Defendants. | ) |

Now comes the Defendants, by and through William T. Wuliger as Receiver, *pro se*, and hereby move this Honorable Court, to dismiss the complaint in this matter pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. A memorandum in support of this motion follows.

Respectfully submitted,

WILLIAM T. WULIGER, ESQ. (0022271)
*Pro Se*
U.S. District Court Receiver
1340 Sumner Court
Cleveland, Ohio 44115
216/ 781-7777



RECEIVED
MAR 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE