IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY, *et al.*, | ) ) ) | CASE NO.  01:05 CV 117 (GMS) |
| Plaintiffs, | ) ) ) | **MOTION FOR LEAVE TO** <br> **FILE ELECTRONICALLY** |
| v. | ) ) | |
| ALPHA CAPITAL GROUP, LLC, *et al.*, | ) ) | |
| Defendants. | ) | |

Now comes Defendant William T. Wuliger, *pro se*, and respectfully requests that this Court grant him leave to file electronically in the case at bar.  In support of this Motion, Mr. Wuliger states:

(1)   I am the Receiver for Alpha Capital Group, LLC, also a defendant in this action, having been duly appointed by the U.S. District Court for the Northern District of Ohio, in *Liberte Capital Group, LLC et al., v. James A. Capwill, et al.,* Case No. 5:99 CV 818.

(2)   I am licensed to practice law in the State of Ohio, however, I certify that in this matter, I am proceeding as a defendant *pro se.*  Accordingly, I am exempt from Local Rule 83.5(d), which requires association with local counsel only for attorneys seeking admission to the Bar of this Court *pro hac vice.*

(3)   I have manually filed several documents in this case via mailing, which included an electronic copy in PDF format, per instructions of this Clerk of this Court.  However, I

have been advised that the Clerk has had difficulty accessing the electronic files, which has resulted in delays in recording the documents on the electronically available docket of this case.

(4)     I certify that my staff has been trained to utilize the Court's electronic filing system by the U.S. District Court for the Northern District of Ohio, that I have a password necessary to utilize the Court's electronic filing system, and that all filings by me in the U.S. District Court for the Northern District of Ohio are done electronically.

WHEREFORE, for these and any other reasons that mat appear to this Court, I hereby request leave of this Court to file electronically in the within action, despite my *pro se* status.

          Respectfully submitted,

          \s\William T. Wuliger
          WILLIAM T. WULIGER, RECEIVER (0022271)
          *Pro Se*
          1340 Sumner Court
          Cleveland, Ohio 44115
          216/ 781-7777

CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2005, a copy of the foregoing Motion for Leave to File Electronically was sent by regular U.S. mail, postage prepaid, to:

Warren T. Pratt
David P. Primack
Drinker, Biddle & Reath LLP
1100 N. Market Street, Ste. 1000
Wilmington, DE 19801-1254
Attorneys for Plaintiffs

Stephen C. Baker
Michael Miller
Timothy O'Driscoll
Drinker, Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
Of Counsel

        \s\William T. Wuliger
        WILLIAM T. WULIGER (0022271)
        *Pro Se*