

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY, et al., | ) ) ) | CASE NO. 01:05 CV 117 (GMS) |
| Plaintiffs, | ) ) ) | **MOTION TO RECONSIDER PLAINTIFF'S REQUEST FOR EXTENSION TO RESPOND TO MOTION TO DISMISS** |
| v. | ) ) | |
| ALPHA CAPITAL GROUP, LLC, et al., | ) ) | |
| Defendants. | ) | |

Now comes Defendant William T. Wuliger, *pro se*, and respectfully requests that this Court reconsider its Order dated March 31, 2005 granting the Plaintiffs' Motion for an Extension of Time within which to Respond to Motion to Dismiss. A brief in support of this request is hereby incorporated herein by reference.

Respectfully submitted,

_____
WILLIAM T. WULIGER, RECEIVER, *pro se*
1340 Sumner Court
Cleveland, Ohio 44115
216/ 781-7777