IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY, SOUTHWESTERN LIFE INSURANCE COMPANY, and VALLEY FORGE LIFE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> ALPHA CAPITAL GROUP, LLC, LIBERTE CAPITAL GROUP, LLC, and WILLIAM T. WULIGER, as Receiver, <br><br> Defendants. | CASE NO. 05-117(GMS) |

## NOTICE OF DISMISSAL

On April 6, 2005, in the matter captioned <u>Liberte Capital Group, et al. v. James A. Capwill, et al.</u>, Case No. 5:99 CV-818, the United States District Court for the Northern District of Ohio entered a Memorandum Opinion and Order. The Memorandum Opinion and Order granted the receiver's motion in that matter for an injunction and for an order to show cause why plaintiffs herein should not be held in contempt for filing the above-captioned action. Among other things, the Memorandum Opinion and Order directed plaintiffs herein to dismiss the above-captioned action. A copy of the April 6, 2005 Memorandum Opinion and Order of the United States District Court for the Northern District of Ohio is attached as Exhibit "A".

On April 19, 2005, plaintiffs herein filed a notice of appeal to the United States Court of Appeals for the Sixth Circuit of the April 6, 2005 Memorandum Opinion and Order of the United States District Court for the Northern District of Ohio. A copy of this notice of appeal is attached as Exhibit "B".

PHLIT\524370\1

Subject to the foregoing notice of appeal, without waiver of their continuing objection to the Memorandum Opinion and Order of April 6, 2005 of the United States District Court for the Northern District of Ohio, and reserving, expressly, upon resolution of the appeal currently pending to the United States Court of Appeals for the Sixth Circuit, the right again to assert the claims made herein, Plaintiffs give notice that the above-captioned action is, in accordance with Rule 41(a)(1)(i), dismissed, without prejudice.

        Respectfully submitted,

        _____/s/ David P. Primack_____
        David P. Primack (#4449)
        DRINKER BIDDLE & REATH LLP
        1100 N. Market Street, Suite 1000
        Wilmington, DE 19801-1254
        302-467-4200

        Attorneys for Plaintiffs,
        Reassure America Life Insurance Company, Southwestern Life Insurance Company, and Valley Forge Life Insurance Company

        -and-

        Of Counsel
        Stephen C. Baker
        Michael J. Miller
        Timothy J. O'Driscoll
        DRINKER BIDDLE & REATH LLP
        One Logan Square
        18th & Cherry Streets
        Philadelphia, PA 19103
        215-988-2700