# **EXHIBIT B**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LIBERTE CAPITAL GROUP, LLC, | ) | CASE NO.: 5:99CV00818 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. KATZ |
| | ) | |
| | ) | **NOTICE OF APPEAL** |
| -vs- | ) | |
| | ) | |
| JAMES A. CAPWILL, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Notice is hereby given that Southwestern Life Insurance Company, Reassure America Life Insurance Company, and Valley Forge Life Insurance Company, Respondents in connection with the Receiver's Motion for an Injunction and for an Order to Show Cause Why Respondents Should Not be Held in Contempt, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Memorandum Opinion and Order granting those motions and entered in this action on the 6th day of April, 2005 (Doc. No. 2334).

/s/ John B. Schomer
John B. Schomer (#0055640)
BRENNAN, MANNA & DIAMOND, LLC.
75 East Market Street
Akron, Ohio 44308
(330) 253-5060
(330) 253-1977 (fax)
jbschomer@bmdllc.com

        (Per Approval)
Stephen C. Baker *(admitted pro hac vice)*
Timothy J. O'Driscoll *(admitted pro hac vice)*
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19013-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

Attorneys for Southwestern Life Insurance Company, Reassure America Life Insurance Company, and Valley Forge Life Insurance Company

Dated: April 19, 2005

## CERTIFICATE OF SERVICE

I hereby certify that, on April 19, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John B. Schomer
John B. Schomer

Counsel for Southwestern Life Insurance Company,
Reassure America Life Insurance Company, and
Valley Forge Life Insurance Company

NS