# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY, )<br>SOUTHWESTERN LIFE INSURANCE COMPANY, and )<br>VALLEY FORGE LIFE INSURANCE COMPANY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALPHA CAPITAL GROUP, LLC, )<br>LIBERTE CAPITAL GROUP, LLC, and )<br>WILLIAM T. WULIGER, as Receiver, )<br>)<br>Defendants. ) | CASE NO. 05-117(GMS) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2005, I electronically filed *Notice of Dismissal* with the Clerk of Court using CM/ECF and caused such document to be served on the following in the manner as indicated:

***Via Facsimile (216) 781-0621 and***
***U.S. First Class Mail, postage prepaid***
William T. Wuliger, Esq.
WULIGER, FADEL & BEYER
The Brownell Building
1340 Sumner Court
Cleveland, Ohio 44115


Dated: April 19, 2005

/s/ David P. Primack
David P. Primack (#4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
302-467-4200
david.primack@dbr.com

PHLIT\524370\1