CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00117-GMS
### Internal Use Only

| | |
|---|---|
| Reassure America Life Insurance Company et al v. Alpha Capital Group LLC et al | Date Filed: 02/28/2005 |
| Assigned to: Honorable Gregory M. Sleet | Jury Demand: None |
| Cause: 28:1446 Notice of Removal | Nature of Suit: 110 Insurance |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Reassure America Life Insurance Company** represented by **Warren Thomas Pratt**
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254
(302) 467-4200
Email: warren.pratt@dbr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Phillip Primack**
Drinker Biddle
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254
(302) 467-4200
Email: david.primack@dbr.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Southwestern Life Insurance Company** represented by **Warren Thomas Pratt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Phillip Primack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Valley Forge Life Insurance Company** represented by **Warren Thomas Pratt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Phillip Primack**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Alpha Capital Group LLC**

**Defendant**

**Liberte Capital Group LLC**

**Defendant**

| **William T. Wuliger** | represented by | **William T. Wuliger** |
| *as Receiver* | | The Brownell Building |
| | | 1340 Sumner Court |
| | | Cleveland, OH 44115-2851 |
| | | 216-781-7777 |
| | | Fax: 216-781-0621 |
| | | Email: wtwuliger@core.com |
| | | PRO SE |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 02/28/2005 | 1 | NOTICE OF REMOVAL and copies of documents from Superior Court NCC/DE, Case Number 05c-01-120CHT (Filing fee $ 250, receipt number 138285)- filed by William T. Wuliger.(dab, ) (Entered: 02/28/2005) |
| 03/02/2005 | 2 | Amended NOTICE OF REMOVAL citing an additional ground for removal- filed by William T. Wuliger.(mwm, ) (Entered: 03/02/2005) |
| 03/02/2005 | 3 | Letter to Court from William T. Wuliger, Esq. regarding enclosure of Amended Notice of Removal and disc re 2 Notice of Removal. (mwm, ) (Entered: 03/02/2005) |
| 03/07/2005 | 4 | MOTION for Extension of Time to File Answer & Counterclaim - filed by William T. Wuliger. (dab, ) (Entered: 03/07/2005) |
| 03/07/2005 | 5 | MOTION to Transfer Case to Northern District of Ohio Western Division - filed by William T. Wuliger. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P) (dab, ) (Entered: 03/08/2005) |
| 03/09/2005 |  | Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb, ) (Entered: 03/09/2005) |
| 03/11/2005 | 6 | MOTION for Extension of Time to File Response/Reply */ Expedited* |

|  |  |  |
|---|---|---|
|  |  | *Motion for Extension of the Time Within Which Plaintiffs are Permitted to Respond to the Motion to Transfer Case of Defendant William T. Wuliger* - filed by Reassure America Life Insurance Company, Southwestern Life Insurance Company, Valley Forge Life Insurance Company. (Attachments: # 1 Certificate of Service)(Primack, David) (Entered: 03/11/2005) |
| 03/11/2005 |  | ORDER granting 6 Motion for Extension of Time to File Response/Reply [ten (10) days after the Court's ruling on the Motion to Remand] re 5 MOTION to Transfer Case to Northern District of Ohio Western Division . Signed by Judge Gregory M. Sleet on 3/11/05. (asw ) (Entered: 03/14/2005) |
| 03/24/2005 | 7 | STATEMENT *Pursuant to Local Rule 81.2* by Reassure America Life Insurance Company. (Primack, David) (Entered: 03/24/2005) |
| 03/24/2005 | 12 | SECOND MOTION To Extend Time Within Which to File An Answer - filed by William T. Wuliger. (asw ) (Entered: 03/31/2005) |
| 03/24/2005 | 13 | MOTION to Dismiss for Failure to State a Claim - filed by William T. Wuliger. (asw ) (Entered: 03/31/2005) |
| 03/24/2005 | 14 | MEMORANDUM in Support re 13 MOTION to Dismiss for Failure to State a Claim filed by William T. Wuliger.Answering Brief/Response due date per Local Rules is 4/7/2005. (Attachments: # 1 Exhibit A-G), Exhibits H-I (SEALED) (asw ) Modified on 7/31/2006 (rbe, ). Additional attachment(s) added on 7/31/2006 (rbe, ). (Entered: 03/31/2005) |
| 03/24/2005 | 15 | REDACTED VERSION of Exhibits H re: 14 Memorandum in Support of Motion to Dismiss by William Wuliger. (Attachments: # 1 Affidavit of Virginia Hale)(asw ) Modified on 3/31/2005 (asw ). (Entered: 03/31/2005) |
| 03/24/2005 | 16 | REDACTED VERSION of Exhibit I (Affidavit of William Wuliger) re: 14 Memorandum in Support of Motion to Dismiss by William T. Wuliger. (asw ) (Entered: 03/31/2005) |
| 03/28/2005 | 8 | MOTION to Remand - filed by Reassure America Life Insurance Company, Southwestern Life Insurance Company, Valley Forge Life Insurance Company. (Attachments: # 1 Certificate of Service)(Primack, David) (Entered: 03/28/2005) |
| 03/28/2005 | 9 | MEMORANDUM in Support re 8 MOTION to Remand filed by Reassure America Life Insurance Company, Southwestern Life Insurance Company, Valley Forge Life Insurance Company.Answering Brief/Response due date per Local Rules is 4/11/2005. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Certificate of Service)(Primack, David) (Entered: 03/28/2005) |
| 03/29/2005 | 10 | Local Counsel Letter sent to William T. Wuliger, Esq. Notice of Compliance deadline set for 4/28/2005. (mwm, ) Additional attachment (s) added on 3/29/2005 (mwm, ). (Entered: 03/29/2005) |
| 03/29/2005 |  | CORRECTING ENTRY: DI #10 document is now attached to event. |